Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Leland House Limited Partnership Company** |
| **2.** | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **38-2350236** |
| **4.** | **Debtor's address** | **Principal place of business** <br><br> **400 Bagley St.** <br> **Detroit, MI 48226** <br> Number, Street, City, State & ZIP Code <br><br> **Wayne** <br> County <br><br> **Mailing address, if different from principal place of business** <br><br> _____ <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ■ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor  **Leland House Limited Partnership Company**   Case number (*if known*)
         Name

**7. Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**5311**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page 2

| Debtor | **Leland House Limited Partnership Company** | Case number (*if known*) |
|---|---|---|
| | Name | |

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

**11. Why is the case filed in *this district?*** *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?** _____
  Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**  *Check one:*

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 3

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 3, 2025**
MM / DD / YYYY

**X /s/ Luis Ramirez**                                   **Luis Ramirez**
Signature of authorized representative of debtor          Printed name

Title **President**

**18. Signature of attorney**

**X /s/ Ryan Heilman**                                   Date **November 3, 2025**
Signature of attorney for debtor                          MM / DD / YYYY

**Ryan Heilman**
Printed name

**Heilman Law PLLC**
Firm name

**40900 Woodward Ave., Suite 100**
**Bloomfield Hills, MI 48304**
Number, Street, City, State & ZIP Code

Contact phone **248-835-4745**       Email address **ryan@heilmanlaw.com**

**63952 MI**
Bar number and State

# RESOLUTION OF GENERAL PARTNER OF
# LELAND HOUSE LIMITED PARTNERSHIP COMPANY

The undersigned, being the Partner of of Leland House Limited Partnership Company (the "Company"), acting by written resolution without a meeting, hereby resolves and approves the following:

**WHEREAS,** the undersigned has concluded that it is in the best interests of the Company to file a voluntary petition for relief (the "Petition") under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. § 101 *et seq.* (the "Bankruptcy Code"), and the undersigned wishes to approve such action; therefore, it is:

**RESOLVED** that the Company is authorized to file a Petition in the United States Bankruptcy Court for the Eastern District of Michigan (the "Bankruptcy Court") commencing a bankruptcy case under Chapter 11 of the Bankruptcy Code ("Bankruptcy Case");

**RESOLVED** that Luis Ramirez is appointed as the authorized representative of the Company for all purposes relating to the Petition and the Bankruptcy Case, and, among other things, is authorized and empowered to (a) execute and verify the Petition and all other documents he deems necessary to carry out the intent and accomplish the purpose of these resolutions, including all documents required by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules of the Bankruptcy Court, Office of the United States Trustee or by order of the Bankruptcy Court, (b) execute, verify, and file (or cause to be filed) any motions, applications, declarations, schedules, and other documents necessary or desirable in connection with the foregoing;

**RESOLVED** that Luis Ramirez and anyone designated by Luis Ramirez are authorized to appear on behalf of the Company in all proceedings before the Bankruptcy Court or otherwise relating to the bankruptcy case commenced by the filing of the Petition (the "Bankruptcy Case"), and to otherwise do and perform all acts and deeds and to execute and deliver all necessary or useful documents on behalf of the Company in connection with the Bankruptcy Case;

**RESOLVED** that the Company is authorized to retain the law firm of Heilman Law PLLC to represent the Company as debtor and debtor in possession in connection with the Company's Bankruptcy Case and other related matters;

**RESOLVED** that the Company is authorized, in Luis Ramirez's discretion, to retain financial advisors to assist the Company in any matter relating to the Bankruptcy Case.

**RESOLVED** that, in addition to the specific authorizations set forth above, Luis Ramirez and his designees are authorized, on behalf of the Company, to execute and deliver any and all agreements, certificates, instruments, and other documents and to pay all expenses, including filing fees, in each case as may be necessary or desirable, in Luis Ramirez's judgment, to carry out the intent and accomplish the purpose of the resolutions adopted herein and to comply with all obligations and requirements relating to the Bankruptcy Case; and it is further

RESOLVED that all actions lawfully already taken or to be taken by Luis Ramirez and Heilman Law PLLC in connection with the implementation of these resolutions are hereby in all respects ratified, confirmed, and approved.

IN WITNESS WHEREOF, the undersigned, as sole Member of the Company, executes this Action as of this 3rd day of November, 2025.

*HiGGins MGnT Co.*
Higgins Management Company as
General Partner of Leland House, LLC

By: *Luis Ram*
Luis Ramirez
President of Higgins Management Company

# United States Bankruptcy Court
## Eastern District of Michigan

In re: **Leland House Limited Partnership Company**
Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **400 BAGLEY CORPORATION**<br>**400 BAGLEY**<br>**Detroit, MI 48226** | | | |
| **BAGLEY INVESTMENT COMPANY**<br>**400 BAGLEY**<br>**Detroit, MI 48226** | | | |
| **BEVERLY BURCHI**<br>**4469 HICKORY CT**<br>**ME 04809-2000** | | | |
| **BRUCE TAYLOR**<br>**20 ALOKELE PLACE**<br>**09676-8000** | | | |
| **CATHERINE TAYLOR**<br>**285 GROSSE POINTE BLVD**<br>**Grosse Pointe, MI 48236** | | | |
| **CHARLES W & SUSAN A MILLER JR**<br>**4475 STANLEY COURT**<br>**Plymouth, MI 48170** | | | |
| **CHARLES W MILLER III**<br>**4475 STANLEY CT**<br>**Plymouth, MI 48170** | | | |
| **CHASE TAYLOR**<br>**22622 SWEETMEADOW**<br>**09269-2000** | | | |
| **CHRISTOPHER TAYLOR**<br>**32 SILLERO**<br>**Rancho Santa Margarita, CA 92688** | | | |
| **DAVID J & CHERYL MACCARREALL**<br>**1385 BERWYCK DRIVE**<br>**Milford, MI 48381** | | | |
| **DOUG TAYLOR**<br>**22622 SWEET MEADOW**<br>**09269-2000** | | | |

Sheet 1 of 3 in List of Equity Security Holders

In re: **Leland House Limited Partnership Company**     Case No. _____
Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**DOUGLAS & DAMARIS INGER**
**23106 ROSEDALE COURT S**
**Saint Clair Shores, MI 48080**

**ELLEN M CAMPEAU**
**902 CENTERPARK DR SW**
**Byron Center, MI 49315**

**GREG HUGHES**
**261 LOTHRUP**
**Grosse Pointe, MI 48236**

**GREG TAYLOR**
**401 SOUTH MASON ST**
**Fort Collins, CO 80524**

**J. PETER & LINDA L. SCHERER**
**11859 N. 80th PL**
**Scottsdale, AZ 85260**

**JACK WATSON**
**4343 CLIMBING WAY**
**ME 04810-3000**

**JEANETTE F. TURNBULL REVOCABLE TRUST**
**SCOT A. TURNBULL**
**CRAIG D TURNBULL**
**17650 WEST TWELVE MILE ROAD**
**Southfield, MI 48076**

**JEFF TAYLOR**
**1176 YORKSHIRE**
**Grosse Pointe, MI 48230**

**KELSEY TAYLOR HARRISON**
**1102 SPYGLASS DRIVE**
**South Hackensack, NJ 07606-3000**

**MALCOLM S MACDONALD**
**C/O KRISTIN A HUGHES, ATTORNEY**
**MILLER CANFIELD**
**840 W. LONG LAKE ROAD, STE 150**
**Troy, MI 48098**

**MICHAEL W HIGGINS LIVING TRUST**
**400 BAGLEY ST**
**Detroit, MI 48226**

List of equity security holders consists of 3 total page(s)

In re: __Leland House Limited Partnership Company__   Case No. _____
                              Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **MIDWEST REAL ESTATE ASSETS, LLC**<br>**400 BAGLEY**<br>**ME 04822** | | | |
| **ROSE A MILLER TRUST**<br>**DONNA J WEBER**<br>**778 E. KOTT RD**<br>**Manistee, MI 49660** | | | |
| **RYAN TAYLOR**<br>**22622 SWEETMEADOW**<br>**Mission Viejo, CA 92692** | | | |
| **THOMAS ENSOR V**<br>**33619 OAKLAND ST**<br>**ME 04833-5000** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **November 3, 2025**          Signature **/s/ Luis Ramirez**
                                              **Luis Ramirez**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

List of equity security holders consists of 3 total page(s)

# United States Bankruptcy Court
## Eastern District of Michigan

In re __Leland House Limited Partnership Company__      Case No. _____

                          Debtor(s)     Chapter __11__

# VERIFICATION OF CREDITOR MATRIX

I, the President of the partnership named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: __November 3, 2025__     **/s/ Luis Ramirez**
                                               **Luis Ramirez**/**President**
                                               Signer/Title

ASTI
10448 Ciatation Dr STE 100
Brighton, MI 48116


Bagley Corp
400 Bagley
Detroit, MI 48226


Bismar Lending
1374 Rankin Dr
Troy, MI 48083


Bureau of Employment Relations/Wage & Ho
Attn: Litigation Liaison - Jennifer Fiel
P.O. Box 30476
Lansing, MI 48909


Capital Impact Partners
1400 Crystal Drive Suite 500
Arlington, VA 22202


Cinnaire
Kemeng Wang
1118 S Washington Ave
Lansing, MI 48910


City of Detroit Com & Economic Dev Dept
2 Woodward Ave., Suite 808
Detroit, MI 48226


City of Detroit Water and Sewer
735 Randolph Street
Detroit, MI 48226


Department of Treasury IRS
500 Woodward Ave STE 10
Detroit, MI 48226


Detroit Downtown Dev Authority



Doug Taylor
22622 Sweet Meadow
Mission Viejo, CA 92692

DTE
1 Energy Plaza
Detroit, MI 48226


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


Invest Detroit
Mike Vieregge
600 Renaissance Center Ste 1710
Detroit, MI 48243


John Maddox CPA 2024 returns
20750 Civic Center Dr Ste 418
Southfield, MI 48076


Kotz Sangster Wysocki
36700 Woodward Ave Suite 202
Bloomfield Hills, MI 48304


LRM Construction
400 Bagley
Detroit, MI 48226


Michael Higgins Trust
400 Bagley
Detroit, MI 48226


Michigan Department of Treasury
Third Party Withholding Unit
PO Box 307
Lansing, MI 48909


Michigan Department of Treasury Bankrupt
PO Box 30168
Lansing, MI 48909


Michigan Unemployment Insurance Agency
Attn: Bankruptcy Unit
3024 West Grand Blvd, Ste 12-100
Detroit, MI 48202

Murray Schlussel
1687 Thousand Oaks Blvd
Berkeley, CA 94707


Robert Manna
1101 N Pontiac Trail
Walled Lake, MI 48390


Robert Reilly
1500 chemin de Granet
AIX en Provence France 13090


Small Business Administration
PO Box 3918
 09720-8000


Small Business Administration
14925 Kingsport Rd.
Fort Worth, TX 76155


State of Michigan sales & withholding
2501 Coolidge Rd Ste 400
East Lansing, MI 48823


U.S. Attorney
Attn: Civil Division
211 W. Fort St., Ste. 2001
Detroit, MI 48226


Wayne Cty Property Taxes
400 Monroe 5th floor
Detroit, MI 48226