Fill in this information to identify the case:

Debtor name: **Leland House Limited Partnership Company**
United States Bankruptcy Court for the: **EASTERN DISTRICT OF MICHIGAN**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **ASTI** <br> 10448 Ciatation Dr <br> STE 100 <br> Brighton, MI 48116 | | | | | | **$43,937.00** |
| **Bagley Corp** <br> 400 Bagley <br> Detroit, MI 48226 | | | | $5,167,992.00 | $0.00 | **Unknown** |
| **Bismar Lending** <br> 1374 Rankin Dr <br> Troy, MI 48083 | | | | $124,000.00 | $0.00 | **Unknown** |
| **Capital Impact Partners** <br> 1400 Crystal Drive <br> Suite 500 <br> Arlington, VA 22202 | | | | $1,517,878.00 | $0.00 | **Unknown** |
| **Cinnaire** <br> Kemeng Wang <br> 1118 S Washington Ave <br> Lansing, MI 48910 | | | | **Unknown** | $0.00 | **Unknown** |
| **City of Detroit Com & Economic Dev Dept** <br> 2 Woodward Ave., Suite 808 <br> Detroit, MI 48226 | | | **Contingent Unliquidated Disputed** | $325,100.00 | $0.00 | **Unknown** |
| **City of Detroit Water and Sewer** <br> 735 Randolph Street <br> Detroit, MI 48226 | | | | $129,872.86 | $0.00 | **Unknown** |
| **Department of Treasury IRS** <br> 500 Woodward Ave STE 10 <br> Detroit, MI 48226 | | | | | | **$28,718.72** |
| **Detroit Downtown Dev Authority** | | | **Contingent Unliquidated Disputed** | $1,000,000.00 | $0.00 | **Unknown** |

| Debtor | Leland House Limited Partnership Company | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Doug Taylor**<br>22622 Sweet Meadow<br>Mission Viejo, CA 92692 | | | | $5,850.00 | $0.00 | Unknown |
| **DTE**<br>1 Energy Plaza<br>Detroit, MI 48226 | | | | | | $175,273.70 |
| **Invest Detroit**<br>Mike Vieregge<br>600 Renaissance Center Ste 1710<br>Detroit, MI 48243 | | | | Unknown | $0.00 | Unknown |
| **John Maddox CPA**<br>2024 returns<br>20750 Civic Center Dr Ste 418<br>Southfield, MI 48076 | | | | | | $10,495.00 |
| **Kotz Sangster Wysocki**<br>36700 Woodward Ave Suite 202<br>Bloomfield Hills, MI 48304 | | | | $74,211.98 | $0.00 | Unknown |
| **Michigan Department of Treasury Bankrupt**<br>PO Box 30168<br>Lansing, MI 48909 | | | | | | $0.00 |
| **Michigan Unemployment Insurance Agency Attn: Bankruptcy Unit**<br>3024 West Grand Blvd, Ste 12-100<br>Detroit, MI 48202 | | | | | | $0.00 |
| **Murray Schlussel**<br>1687 Thousand Oaks Blvd<br>Berkeley, CA 94707 | | | | $5,000,000.00 | $0.00 | Unknown |
| **Robert Manna**<br>1101 N Pontiac Trail<br>Walled Lake, MI 48390 | | | | $150,000.00 | $0.00 | Unknown |
| **State of Michigan sales & withholding**<br>2501 Coolidge Rd Ste 400<br>East Lansing, MI 48823 | | | | | | $40,000.00 |

Debtor **Leland House Limited Partnership Company**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Wayne Cty Property Taxes**<br>**400 Monroe 5th floor**<br>**Detroit, MI 48226** | | | | $388,291.42 | $0.00 | $388,291.42 |