# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:  Case No. 25-51190-mlo

**Leland House Limited Partnership Co.,**  Chapter 11

    Debtor.  Hon. Maria L. Oxholm

_____/

## UNITED STATES TRUSTEE'S MOTION TO DISMISS CASE

Andrew R. Vara, United States Trustee, states as follows:

1. This Motion is brought under 11 U.S.C. § 1112(b) to dismiss this case. A proposed Order is attached.

**Background**

2. The Debtor filed this Chapter 11 case on November 3, 2025.

3. The Debtor's primary asset is real property located at 400 Bagley Street, Detroit, Michigan (the "Property"). Per the recitations in the Debtor's Motion for Cash Collateral [Doc. No. 7], the building is a "20-story Beaux-Arts Detroit landmark build in 1927," with 40 units leased to residential tenants as well as commercial rent from the Leland City Club and parking fees. *Id*. at 2, ¶9.

4. Debtor believes the Property is worth "approximately $19 million."

5. The Initial Debtor Interview with the Office of the United States Trustee was scheduled for 9:00 am this morning, November 13, 2023.  of Creditors was held and concluded on April 14, 2025.

6. Shortly before the Initial Debtor Interview began, the United States Trustee was informed that the Property has no casualty insurance, and that securing such insurance would likely be contingent on receiving Debtor-in-Possession financing that, to date, a motion has not been filed regarding.

7. The only major asset of the Debtor is not protected.

8. The Debtor has failed to maintain appropriate insurance that poses a risk to the estate or to the public. *See* 11 U.S. § 1112(b)(4)(C).

**Argument**

9. Under 11 U.S.C. § 1112(b), the Court shall convert or dismiss a case under Chapter 11, whichever is in the best interest of the estate, if the movant establishes cause.

10. "Cause" includes failure to maintain appropriate insurance that posses a risk to the estate or to the public. *See* 11 U.S.C. § 1112(b)(4)(C).

11. The Debtor's inactions detailed in this Motion constitute cause under 11 U.S.C. § 1112(b) for dismissal.

12. Concurrently with this Motion, the United States Trustee has filed a Motion for an order shortening the applicable notice and response period and requested the Court to schedule an expedited hearing.

**WHEREFORE,** the United States Trustee requests that this Court enter an order under 11 U.S.C. § 1112(b) dismissing this case.

                                Respectfully submitted,

                                **ANDREW R. VARA**
                                **UNITED STATES TRUSTEE**
                                Regions 3 and 9

By:   /s/ Sean M. Cowley
       Trial Attorney
       Office of the U.S. Trustee
       211 West Fort St - Suite 700
       Detroit, Michigan 48226
       Sean.Cowley@usdoj.gov
       (202) 641-3559
       [P72511]

Dated: November 13, 2025

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:                                                   Case No. 25-51190-mlo

**Leland House Limited Partnership Co.,**        Chapter 11

    Debtor.                                       Hon. Maria L. Oxholm

_____/

## ORDER DISMISSING CASE

**THIS MATTER** came before the Court upon the Motion of the U.S. Trustee to dismiss this case, (Docket No. ____). Notice was properly served upon the Debtor and all parties listed on the court mailing matrix. No response was timely filed or served upon the United States Trustee. The Court finds cause to enter this Order.

**NOW, THEREFORE,**

**IT IS ORDERED** that this case is DISMISSED.

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:                                                    Case No. 25-51190-mlo

**Leland House Limited Partnership Co.,**                 Chapter 11

    Debtor.                                        Hon. Maria L. Oxholm
_____/

## NOTICE OF MOTION TO DISMISS CASE

The United States Trustee has filed papers with the court to dismiss this proceeding.

**<u>Your rights may be affected</u>.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you not have an attorney, you may wish to consult one.).

If you do not want the court to dismiss the case, or if you want the court to consider your views on the motion, **within 21 days**, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at:[1]

    U.S. Bankruptcy Court
    211 W. Fort Street
    Detroit, MI 48226

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to:
    Office of the United States Trustee
    Attn.: Sean Cowley, Esq.
    211 West Fort Street, Suite 700
    Detroit, MI 48226

---

[1] Response or answer must comply with F.R.Civ.P. 8(b), (c) and (e)

2.  If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion, and you will be served with a notice of the date, time and location of the hearing.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

        **ANDREW R. VARA**
        **UNITED STATES TRUSTEE**
        Regions 3 and 9

By:   /s/ Sean M. Cowley
       Trial Attorney
       Office of the U.S. Trustee
       211 West Fort St - Suite 700
       Detroit, Michigan 48226
       Sean.Cowley@usdoj.gov
       (202) 641-3559
       [P72511]

Dated: November 13, 2025

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0645-2<br>Case 25-51190-mlo<br>Eastern District of Michigan<br>Detroit<br>Thu Nov 13 09:22:00 EST 2025 | ASTI<br>10448 Ciatation Dr STE 100<br>Brighton, MI 48116-6561 | Bagley Corp<br>400 Bagley<br>Detroit, MI 48226-1303 |
| Danielle Rushing Behrends<br>Dykema Gossett, PLLC<br>112 E. Pecan, Ste. 1800<br>San Antonio, TX 78205-1521 | Bismar Lending<br>1374 Rankin Dr<br>Troy, MI 48083-4007 | Bureau of Employment Relations/Wage & Ho<br>Attn: Litigation Liaison   Jennifer Fiel<br>P.O. Box 30476<br>Lansing, MI 48909-7976 |
| Capital Impact Partners<br>c/o Dykema Gossett PLLC<br>Attn: Danielle Rushing Behrends<br>112 East Pecan Street<br>Suite 1800<br>San Antonio, TX 78205-1521 | Capital Impact Partners<br>1400 Crystal Drive Suite 500<br>Arlington, VA 22202-4166 | Cinnaire<br>Kemeng Wang<br>1118 S Washington Ave<br>Lansing, MI 48910-1659 |
| City of Detroit Com & Economic Dev Dept<br>2 Woodward Ave., Suite 808<br>Detroit, MI 48226-3460 | City of Detroit Water and Sewer<br>735 Randolph Street<br>Detroit, MI 48226-2830 | Sean M. Cowley (UST)<br>United States Trustee<br>211 West Fort Street<br>Suite 700<br>Detroit, MI 48226-3263 |
| DTE<br>1 Energy Plaza<br>Detroit, MI 48226-1221 | Department of Treasury IRS<br>500 Woodward Ave STE 10<br>Detroit, MI 48226-3423 | Doug Taylor<br>22622 Sweet Meadow<br>Mission Viejo, CA 92692-4702 |
| Ryan D. Heilman<br>Heilman Law PLLC<br>40900 Woodward Ave<br>Ste 100<br>Bloomfield Hills, MI 48304-5117 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Invest Detroit<br>Mike Vieregge<br>600 Renaissance Center Ste 1710<br>Detroit, MI 48243-1810 |
| John Maddox CPA 2024 returns<br>20750 Civic Center Dr Ste 418<br>Southfield, MI 48076-4132 | Richardo I. Kilpatrick<br>Shermeta, Kilpatrick & Associates, PLLC<br>P.O. Box 5016<br>Rochester, MI 48308-5016 | Kotz Sangster Wysocki<br>36700 Woodward Ave Suite 202<br>Bloomfield Hills, MI 48304-0930 |
| LRM Construction<br>400 Bagley<br>Detroit, MI 48226-1303 | Leland House Limited Partnership Company<br>400 Bagley St.<br>Detroit, MI 48226-1303 | Michael Higgins Trust<br>400 Bagley<br>Detroit, MI 48226-1303 |
| Michigan Department of Treasury<br>Third Party Withholding Unit<br>PO Box 307<br>Lansing, MI 48909 | Michigan Department of Treasury Bankrupt<br>PO Box 30168<br>Lansing, MI 48909-7668 | (p)STATE OF MICHIGAN UNEMPLOYMENT INSURANCE<br>ATTN BANKRUPTCY UNIT<br>3024 W GRAND BLVD<br>SUITE 12-100<br>DETROIT MI 48202-6024 |
| Murray Schlussel<br>1687 Thousand Oaks Blvd<br>Berkeley, CA 94707-1553 | Robert Manna<br>1101 N Pontiac Trail<br>Walled Lake, MI 48390-3138 | Robert Reilly<br>1500 chemin de Granet<br>AIX en Provence France, 13090 |

| | | |
|---|---|---|
| Small Business Administration<br>14925 Kingsport Rd.<br>Fort Worth, TX 76155-2243 | Small Business Administration<br>PO Box 3918<br>09720-8000 | State of Michigan sales & withholding<br>2501 Coolidge Rd Ste 400<br>East Lansing, MI 48823-6352 |
| Marc N. Swanson<br>Miller Canfield Paddock and Stone, P.L.C<br>150 W. Jefferson<br>Suite 2500<br>Detroit, MI 48226-4415 | U.S. Attorney<br>Attn: Civil Division<br>211 W. Fort St., Ste. 2001<br>Detroit, MI 48226-3220 | WAYNE COUNTY TREASURER<br>400 MONROE, 5TH FLOOR<br>DETROIT, MICHIGAN 48226-2964 |
| Wayne Cty Property Taxes<br>400 Monroe 5th floor<br>Detroit, MI 48226-2944 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Michigan Unemployment Insurance Agency
Attn: Bankruptcy Unit
3024 West Grand Blvd, Ste 12-100
Detroit, MI 48202


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)City of Detroit, Michigan | (u)Detroit Downtown Dev Authority | (u)Andrew R. Vara |
| (u)Wayne County Treasurer | End of Label Matrix<br>Mailable recipients 36<br>Bypassed recipients 4<br>Total 40 | |