| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Leland House Limited Partnership Company** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF MICHIGAN** |
| Case number (if known) | **25-51190** |

☐ Check if this is an amended filing

Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property  12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**
☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
■ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **400 Bagley Corp**<br>Creditor's Name<br><br>**400 Bagley**<br>**Detroit, MI 48226**<br>Creditor's mailing address<br><br>**luis@theleland.com**<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. 400 Bagley Corp**<br>**2. Bismar Lending**<br>**3. Cinnaire**<br>**4. City of Detroit Com & Economic Dev Dept**<br>**5. City of Detroit Water and Sewer**<br>**6. Detroit Downtown Dev Authority**<br>**7. Invest Detroit**<br>**8. Kotz Sangster Wysocki**<br>**9. Murray Schlussel**<br>**10. Robert Manna**<br>**11. Robert Reilly**<br>**12. Wayne Cty Property Taxes**<br>**13. Capital Impact Partners** | **Describe debtor's property that is subject to a lien**<br>**Leland House apartment**<br>**400 Bagley Street, Detroit, MI 48226**<br><br>**Describe the lien**<br>**Mortgage**<br>**Is the creditor an insider or related party?**<br>☐ No<br>■ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>*\*Note\** Debtor anticipates that each of these creditors will assert mortgage or lien claims against Debtor's real property located at 400 Bagley Street in Detroit, Michigan. Debtor has not conducted a review to determine the relative priorities of various creditors and nothing in these schedules are intended as a representation concerning creditors' priorities or the value of any creditors' interest in the real property. | $5,167,992.00 | $19,400,000.00 |
| **2.2** **Bismar Lending** | **Describe debtor's property that is subject to a lien** | $124,000.00 | $19,400,000.00 |

Official Form 206D  Schedule D: Creditors Who Have Claims Secured by Property  page 1 of 6

Creditor's Name
**1374 Rankin Dr**
**Troy, MI 48083**
Creditor's mailing address

**Leland House apartment**
**400 Bagley Street, Detroit, MI 48226**

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**jnajor@sfcell.com**
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**7/3/2018**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Capital Impact Partners** | **Describe debtor's property that is subject to a lien** | $1,517,878.00 | $19,539,464.67 |

Creditor's Name
**1400 Crystal Drive Suite 500**
**Arlington, VA 22202**
Creditor's mailing address

**Leland House apartment**
**400 Bagley Street, Detroit, MI 48226 and Debtor's personal property**

**Describe the lien**
**Mortgage and all-asset lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**molbrys@capitalimpact.org**
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/5/2018**
**Last 4 digits of account number**
**3500**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Cinnaire** | **Describe debtor's property that is subject to a lien** | Unknown | $19,400,000.00 |

Creditor's Name
**Kemeng Wang**
**1118 S Washington Ave**
**Lansing, MI 48910**
Creditor's mailing address

**Leland House apartment**
**400 Bagley Street, Detroit, MI 48226**

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**kwang@cinnaire.com**
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/5/2018**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **City of Detroit Com & Economic Dev Dept** | | $325,100.00 | $19,400,000.00 |

Creditor's Name

**2 Woodward Ave., Suite 808**
**Detroit, MI 48226**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Leland House apartment**
**400 Bagley Street, Detroit, MI 48226**

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/20/1985**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| 2.6 | **City of Detroit Water and Sewer** | | $129,872.86 | $19,400,000.00 |

Creditor's Name

**735 Randolph Street**
**Detroit, MI 48226**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Leland House apartment**
**400 Bagley Street, Detroit, MI 48226**

**Describe the lien**
**Utility Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**mydwsd@detroitmi.gov**
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**1300**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Detroit Downtown Dev Authority** | | $1,000,000.00 | $19,400,000.00 |

Creditor's Name

**B. Navin**
**500 Griswold Ste 2200**
**Detroit, MI 48226**

**Describe debtor's property that is subject to a lien**
**Leland House apartment**
**400 Bagley Street, Detroit, MI 48226**

| | | | |
|---|---|---|---|
| | Creditor's mailing address | **Describe the lien**  **Mortgage** | |
| | rnavin@degc.org | Is the creditor an insider or related party?  ■ No  ☐ Yes | |
| | Creditor's email address, if known | Is anyone else liable on this claim?  ■ No  ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| | Date debt was incurred  **4/18/1991**  Last 4 digits of account number | | |
| | Do multiple creditors have an interest in the same property?  ☐ No  ■ Yes. Specify each creditor, including this creditor and its relative priority.  **Specified on line 2.1** | As of the petition filing date, the claim is:  Check all that apply  ■ Contingent  ■ Unliquidated  ■ Disputed | |

| 2.8 | **Invest Detroit** | Describe debtor's property that is subject to a lien  **Leland House apartment**  **400 Bagley Street, Detroit, MI 48226** | Unknown | $19,400,000.00 |
|---|---|---|---|---|
| | Creditor's Name  **Mike Vieregge**  **600 Renaissance Center Ste 1710**  **Detroit, MI 48243** | | | |
| | Creditor's mailing address | | | |
| | Mike.Vieregge@investDetroit.com | **Describe the lien**  **Mortgage**  Is the creditor an insider or related party?  ■ No  ☐ Yes | | |
| | Creditor's email address, if known | Is anyone else liable on this claim?  ■ No  ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | Date debt was incurred  **10/5/2018**  Last 4 digits of account number | | | |
| | Do multiple creditors have an interest in the same property?  ☐ No  ■ Yes. Specify each creditor, including this creditor and its relative priority.  **Specified on line 2.1** | As of the petition filing date, the claim is:  Check all that apply  ☐ Contingent  ☐ Unliquidated  ☐ Disputed | | |

| 2.9 | **Kotz Sangster Wysocki** | Describe debtor's property that is subject to a lien  **Leland House apartment**  **400 Bagley Street, Detroit, MI 48226** | $74,211.98 | $19,400,000.00 |
|---|---|---|---|---|
| | Creditor's Name  **36700 Woodward Ave Suite 202**  **Bloomfield Hills, MI 48304** | | | |
| | Creditor's mailing address | | | |
| | jsangster@kotzsangster.com | **Describe the lien**  **Mortgage**  Is the creditor an insider or related party?  ■ No  ☐ Yes | | |
| | Creditor's email address, if known | Is anyone else liable on this claim?  ■ No  ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | Date debt was incurred  **6/16/2023**  Last 4 digits of account number  **7507** | | | |
| | Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:  Check all that apply | | |

| Debtor | Leland House Limited Partnership Company | Case number (if known) | 25-51190 |
|---|---|---|---|

Name

- ☐ No
- ■ Yes. Specify each creditor, including this creditor and its relative priority.
  **Specified on line 2.1**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.10 | **Murray Schlussel** | Describe debtor's property that is subject to a lien | $5,000,000.00 | $19,400,000.00 |
|---|---|---|---|---|

Creditor's Name

**Leland House apartment
400 Bagley Street, Detroit, MI  48226**

**1687 Thousand Oaks Blvd
Berkeley, CA 94707**
Creditor's mailing address

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**

**schlussel@comcast.net**
Creditor's email address, if known

- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ■ Yes. Specify each creditor, including this creditor and its relative priority.
  **Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.11 | **Robert Manna** | Describe debtor's property that is subject to a lien | $150,000.00 | $19,400,000.00 |
|---|---|---|---|---|

Creditor's Name

**Leland House apartment
400 Bagley Street, Detroit, MI  48226**

**1101 N Pontiac Trail
Walled Lake, MI 48390**
Creditor's mailing address

**Describe the lien**
**Mortgage**

**mannapropertyco@gmail.com**
Creditor's email address, if known

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**5/22/2024**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ■ Yes. Specify each creditor, including this creditor and its relative priority.
  **Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.12 | **Robert Reilly** | Describe debtor's property that is subject to a lien | $5,000,000.00 | $19,400,000.00 |
|---|---|---|---|---|

Creditor's Name

**Leland House apartment
400 Bagley Street, Detroit, MI  48226**

**1500 chemin de Granet
AIX en Provence France 13090**
Creditor's mailing address

**Describe the lien**
**Mortgage**

Debtor **Leland House Limited Partnership Company**  Case number (if known) **25-51190**
　　　　Name

| | | | |
|---|---|---|---|
| **rrrmal885@gmail.com** | **Is the creditor an insider or related party?** | | |
| Creditor's email address, if known | ■ No | | |
| | ☐ Yes | | |
| **Date debt was incurred** | **Is anyone else liable on this claim?** | | |
| **12/20/1985** | ■ No | | |
| Last 4 digits of account number | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| ☐ No | ☐ Contingent | | |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Specified on line 2.1** | | | |

| 2.1 3 | **Wayne Cty Property Taxes** | Describe debtor's property that is subject to a lien | $388,291.42 | $19,400,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Leland House apartment** | | |
| | **400 Monroe 5th floor** | **400 Bagley Street, Detroit, MI  48226** | | |
| | **Detroit, MI 48226** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Tax Lien** | | |
| | | **Is the creditor an insider or related party?** | | |
| | **sdrew@waynecounty.com** | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | **2023** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | Last 4 digits of account number | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ☐ No | ☐ Contingent | | |
| | ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | **Specified on line 2.1** | | | |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**  $18,877,346.26

### Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |