## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1**
Priority creditor's name and mailing address
**Department of Treasury IRS**
**500 Woodward Ave STE 10**
**Detroit, MI 48226**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$28,718.72**   Priority amount: **$0.00**

Date or dates debt was incurred
**12/31/2013**

Basis for the claim:

Last 4 digits of account number **0236**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**)

---

**2.2**
Priority creditor's name and mailing address
**Michigan Department of Treasury**
**Bankrupt**
**PO Box 30168**
**Lansing, MI 48909**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **Unknown**   Priority amount: **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**)

| Debtor | Leland House Limited Partnership Company | Case number (if known) | 25-51190 |
|---|---|---|---|
| | Name | | |

### 2.3 Priority creditor's name and mailing address
Michigan Unemployment Insurance Agency
Attn: Bankruptcy Unit
3024 West Grand Blvd, Ste 12-100
Detroit, MI 48202

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

### 2.4 Priority creditor's name and mailing address
State of Michigan sales & withholding
2501 Coolidge Rd Ste 400
East Lansing, MI 48823

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$40,000.00   $0.00

Date or dates debt was incurred
**June 2023**

Basis for the claim:

Last 4 digits of account number **3293**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

### 3.1 Nonpriority creditor's name and mailing address
ASTI
10448 Citation Dr STE 100
Brighton, MI 48116

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$43,937.00

Date(s) debt was incurred **5/18/2017**
Last 4 digits of account number **0147**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

### 3.2 Nonpriority creditor's name and mailing address
Douglas Taylor
22622 Sweet Meadow
Mission Viejo, CA 92692

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,850.00

Date(s) debt was incurred **11/27/2024**
Last 4 digits of account number _

Basis for the claim: **Loan**

Is the claim subject to offset? ■ No ☐ Yes

### 3.3 Nonpriority creditor's name and mailing address
DTE
1 Energy Plaza
Detroit, MI 48226

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$175,273.70

Date(s) debt was incurred **April 2025**
Last 4 digits of account number **2642**

Basis for the claim: **Utility**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| Debtor | **Leland House Limited Partnership Company** | Case number (if known) **25-51190** |
| | Name | |

| 3.4 | **Nonpriority creditor's name and mailing address**<br>**John Maddox CPA 2024 returns**<br>**20750 Civic Center Dr Ste 418**<br>**Southfield, MI 48076**<br>Date(s) debt was incurred **10/8/2025**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Taxes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$10,495.00** |
|---|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**LRM Construction**<br>**400 Bagley**<br>**Detroit, MI 48226**<br>Date(s) debt was incurred **8/1/2023**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$226,000.00** |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Michael Higgins Trust**<br>**400 Bagley**<br>**Detroit, MI 48226**<br>Date(s) debt was incurred **9/1/2023**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$924,046.02** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Small Business Administration**<br>**PO Box 3918**<br>**Portland, OR 97208**<br>Date(s) debt was incurred **2020**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Leland House apartment**<br>**400 Bagley Street, Detroit, MI 48226**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$12,500.00** |

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.1 | **Bureau of Employment Relations/Wage & Ho**<br>**Attn: Litigation Liaison – Jennifer Fiel**<br>**P.O. Box 30476**<br>**Lansing, MI 48909** | Line **2.3**<br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | Line **2.1**<br>☐ Not listed. Explain ____ | __ |
| 4.3 | **Michigan Department of Treasury**<br>**Third Party Withholding Unit**<br>**PO Box 307**<br>**Lansing, MI 48909** | Line **2.2**<br>☐ Not listed. Explain ____ | __ |
| 4.4 | **Small Business Administration**<br>**14925 Kingsport Rd.**<br>**Fort Worth, TX 76155** | Line **3.7**<br>☐ Not listed. Explain ____ | __ |

| Debtor | Leland House Limited Partnership Company | Case number (if known) | 25-51190 |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.5 | **U.S. Attorney**<br>**Attn: Civil Division**<br>**211 W. Fort St., Ste. 2001**<br>**Detroit, MI 48226** | Line  __2.1__<br><br>☐  Not listed. Explain ____ | _ |

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 68,718.72 |
| 5b. Total claims from Part 2 | 5b. + $ | 1,398,101.72 |
| 5c. Total of Parts 1 and 2<br>    Lines 5a + 5b = 5c. | 5c. $ | 1,466,820.44 |