# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

**LELAND HOUSE LIMITED PARTNERSHIP COMPANY,**

Case No. 25-51190
Chapter 11
Hon. Maria L. Oxholm

Debtor.
_____/

# STATEMENT OF DEBTOR
# REGARDING CORPORATE OWNERSHIP

Debtor, Leland House Limited Partnership Company ("Debtor"), through counsel, hereby files the attached Statement of Debtor Regarding Corporate Ownership.

Respectfully submitted,

HEILMAN LAW PLLC

Dated: November 24, 2025

By: /s/ Ryan D. Heilman
Ryan D. Heilman (P63952)
Attorney for Debtor
40900 Woodward Ave., Suite 100
Bloomfield, MI 48304
(248) 835-4745
ryan@heilmanlaw.com

Revised 02/04

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In re:

Leland House Limited Partnership Company,

Case No. 25-51190
Chapter 11
Hon. Maria L. Oxholm

Debtor
_____/

## STATEMENT OF DEBTOR REGARDING
## CORPORATE OWNERSHIP

**X**     **The following entities directly or indirectly own 10% or more of any class of the debtor's equity interest:**

Name: Midwest Real Estate Assets, LLC
Address: 400 Bagley Street, Detroit, MI 48226

Name: Bagley Investment Co.
Address: 400 Bagley Street, Detroit, MI 48226

Name: _____
Address: _____

Name: _____
Address: _____

**(For additional names, attach an addendum to this form)**

**There are no entities that directly or indirectly own 10% or more of any class of the debtor's equity interest.**

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 11/12/2025

_/s/ Luis Ramirez_
Signature of Authorized Individual
For Corporation Debtor

Luis Ramirez
Print Name

Manager
Title