# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**In re:**

**LELAND HOUSE LIMITED PARTNERSHIP COMPANY,**

    Debtor.

_____/

Case No. 25-51190
Chapter 11
Hon. Maria L. Oxholm

## AMENDED STIPULATION TO ENTRY OF ORDER AUTHORIZING PAYMENT OF ADEQUATE ASSURANCE TO DTE ENERGY CO.

Leland House Limited Partnership Company ("Debtor") and DTE Energy Co. agree to entry of the attached Order (**Exhibit 1**).

| **HEILMAN LAW PLLC** | **DTE ENERGY CO.** |
|---|---|
| By: /s/ Ryan D. Heilman<br>Ryan D. Heilman (P63952)<br>*Attorney for Debtor*<br>40900 Woodward Ave., Ste. 111<br>Bloomfield Hills, MI 48304<br>Telephone: (248) 835-4745<br>ryan@heilmanlaw.com | By: /s/ Leland Prince<br>Leland Prince (P30686)<br>*Attorney for DTE Energy Co.*<br>1 Energy Plz # 1650-WCB<br>Detroit, MI 48226-1221<br>Telephone: (313) 235-7725<br>Leland.prince@dteenergy.com |

**Exhibit 1 – Proposed Order**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**In re:**                                                       Case No. 25-51190

**LELAND HOUSE LIMITED**                  Chapter 11
**PARTNERSHIP COMPANY,**

                                                           Hon. Maria L. Oxholm

    Debtor.
_____/

## ORDER AUTHORIZING
## PAYMENT OF ADEQUATE ASSURANCE TO DTE ENERGY CO.

This matter having come before the Court upon the Stipulation of Debtor and DTE Energy Co. ("DTE"); the Court having reviewed the stipulation and otherwise being fully advised in the premises;

**IT IS HEREBY ORDERED** that:

1. The amount of adequate assurance necessary for Debtor to provide to DTE under 11 U.S.C. § 366(c)(2) is $57,120 (the "Adequate Assurance").

2. If Debtor provides the Adequate Assurance to DTE on or before December 4, 2025, DTE is prohibited from altering, refusing or discontinuing service to the Debtor and may not discriminate against the Debtor on the basis of the commencement of this case or on the basis of pre-petition debts owed to DTE.

3. Debtor is authorized to pay the Adequate Assurance to DTE.

4. Failure to pay the adequate assurance deposit or post-petition utility bills shall result in a shut off of utilities after proper notice.