# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**In re:**

**LELAND HOUSE LIMITED PARTNERSHIP COMPANY,**

Case No. 25-51190
Chapter 11
Hon. Maria L. Oxholm

Debtor.

_____/

### MOTION TO SCHEDULE AN EXPEDITED HEARING ON DEBTOR'S MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS AUTHORIZING DEBTOR TO OBTAIN POST-PETITION INSURANCE PREMIUM FINANCING AND SCHEDULING A FINAL HEARING PURSUANT TO BANKRUPTCY RULE 4001

Leland House Limited Partnership Company ("Debtor") through counsel, Heilman Law PLLC, for its Motion to Schedule an Expedited Hearing ("Expedited Hearing Motion") on its Motion for Entry of Interim and Final Orders Authorizing Debtor to Obtain Post-petition Insurance Premium Financing and Scheduling a Final Hearing ("Insurance Financing Motion"), states:

### REQUEST FOR AN EXPEDITED HEARING

1. Contemporaneously with this Motion, Debtor has filed its Insurance Financing Motion. In the Insurance Financing Motion, Debtor seeks authorization to obtain insurance premium financing to permit Debtor to obtain casualty insurance on Debtor's real property.

2. The United States Trustee has filed a Motion to Dismiss Case on the basis that Debtor does not have casualty insurance. The Court has scheduled a hearing on this motion for December 4, 2025 at 11:00 a.m.

3. Additionally, Debtor has filed a motion requesting authorization to obtain post-petition financing. If granted, Debtor will use the proceeds of the post-petition financing to make the down payment and monthly payments required on the proposed insurance premium financing.

4. To avoid dismissal of this case, Debtor requires authorization to obtain insurance premium financing on an expedited basis.

5. **Accordingly, Debtor requests that the Court schedule an interim hearing no later than Thursday <u>December 4</u>, 2025**. Failure to timely obtain authorization to enter in the DIP Loan will result in immediate and irreparable harm.

## LEGAL BASIS FOR RELIEF REQUESTED

6. Under Fed.R.Bankr.P. 9006 and E.D. Mich LBR 9006-1(b), the Court can shorten or eliminate the notice period on this motion for cause.

7. Until December 1, 2025, Debtor had no means to make the down payment on the proposed insurance premium financing. As discussed in Debtor's DIP Loan Motion, Debtor has received an offer by Next Bridge Funding, LLC for debtor-in-possession financing that will enable Debtor to place casualty insurance, pay utility deposits, make required repairs and operate through a sales process.

8. Now that Debtor has a source of funding, Debtor seeks authorization on an expedited basis to obtain insurance premium financing.

**WHEREFORE**, Debtor requests that the Court scheduling a hearing on the Financing Motion for December 4, 2025 at 11:00 a.m. A proposed order scheduling a hearing on the Motion is attached as Exhibit 1.

Respectfully submitted,

HEILMAN LAW PLLC

Dated: December 2, 2025     By: /s/ Ryan D. Heilman
                                Ryan D. Heilman (P63952)
                                Attorneys for Debtor
                                40900 Woodward Ave., Suite 100
                                Bloomfield, MI 48304
                                (248) 835-4745
                                ryan@heilmanlaw.com

Exhibit 1 - Proposed Order

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

**In re:**

**LELAND HOUSE LIMITED
PARTNERSHIP COMPANY,**

    Debtor.

_____/

Case No. 25-51190
Chapter 11
Hon. Maria L. Oxholm

**ORDER SCHEDULING AN EXPEDITED HEARING ON
DEBTOR'S MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS
AUTHORIZING DEBTOR TO OBTAIN POST-PETITION INSURANCE
PREMIUM FINANCING AND SCHEDULING
<u>A FINAL HEARING PURSUANT TO BANKRUPTCY RULE 4001</u>**

This matter having come before the Court on Leland House Limited Partnership Company's ("<u>Debtor</u>") *Motion to Schedule an Expedited Hearing* ("<u>Expedited Hearing Motion</u>") on *Debtor's Motion For Entry Of Interim And Final Orders Authorizing Debtor to Obtain Post-Petition Insurance Premium Financing And Scheduling A Final Hearing Pursuant To Bankruptcy Rule 4001* ("<u>Premium Financing Motion</u>"); the Court having determined that notice of the Expedited Hearing Motion was sufficient under the circumstances; and the Court being duly advised in the premises:

**IT IS HEREBY ORDERED** that the hearing on the Premium Financing Motion shall come for hearing before the Honorable Maria L. Oxholm at ___ _.m. on December __, 2025; and

**IT IS FURTHER ORDERED** that Debtor shall serve this Order and the Financing Motion on all creditors and parties-in-interest entitled to service by overnight delivery service or such other method as set forth in Local Rule 9013-1(b) (Bankr. E.D. Mich) by 5:00 p.m. (Eastern Time) on Tuesday, December 2, 2025.