UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**In re:**

**LELAND HOUSE LIMITED PARTNERSHIP COMPANY,**

Case No. 25-51190
Chapter 11
Hon. Maria L. Oxholm

Debtor.
_____/

ORDER SCHEDULING AN EXPEDITED HEARING ON
DEBTOR'S MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS
AUTHORIZING DEBTOR TO OBTAIN POST-PETITION INSURANCE
PREMIUM FINANCING AND SCHEDULING
A FINAL HEARING PURSUANT TO BANKRUPTCY RULE 4001

This matter having come before the Court on Leland House Limited Partnership Company's ("Debtor") *Motion to Schedule an Expedited Hearing* ("Expedited Hearing Motion") on *Debtor's Motion For Entry Of Interim And Final Orders Authorizing Debtor to Obtain Post-Petition Insurance Premium Financing And Scheduling A Final Hearing Pursuant To Bankruptcy Rule 4001* ("Premium Financing Motion"); the Court having determined that notice of the Expedited Hearing Motion was sufficient under the circumstances; and the Court being duly advised in the premises:

**IT IS HEREBY ORDERED** that the hearing on the Premium Financing Motion shall come for hearing before the Honorable Maria L. Oxholm at **11:00 a.m.**

**(Eastern Time) on December 4, 2025 in Courtroom 1875, 211 W. Fort Street Detroit, MI 48226**; **All parties must appear in person** and

**IT IS FURTHER ORDERED** that any Objection must be filed by **3:00 p.m. (Eastern Time) on Wednesday December 3, 2025.**

**IT IS FURTHER ORDERED** that Debtor shall serve this Order and the Financing Motion on all creditors and parties-in-interest entitled to service by overnight delivery service or such other method as set forth in Local Rule 9013-1(b) (Bankr. E.D. Mich) by **1:00 p.m. (Eastern Time) on Tuesday, December 2, 2025**.

**Signed on December 2, 2025**



/s/ Maria L. Oxholm
_____
**Maria L. Oxholm**
**United States Bankruptcy Judge**