# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

**LELAND HOUSE LIMITED PARTNERSHIP COMPANY,**

Debtor.
_____/

Case No. 25-51190
Chapter 11
Hon. Maria L. Oxholm

## SUPPLEMENTAL EXHIBITS TO DEBTOR'S MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS AUTHORIZING POST-PETITION SECURED FINANCING, GRANTING PRIORITY ADMINISTRATIVE EXPENSE AND PRIMING LIENS ON DEBTOR'S PROPERTY PURSUANT TO SECTIONS 364(c)(1) AND 364(d)(1), AUTHORIZING ADEQUATE PROTECTION AND SCHEDULING A FINAL HEARING PURSUANT TO BANKRUPTCY RULE 4001

Leland House Limited Partnership Company ("Debtor") through counsel provides the two attached supplemental exhibits to its above-captioned motion seeking approval of debtor-in-possession financing. The first supplemental exhibit is the budget. Due to the Court's ecf system, a watermark was placed at the bottom of the previously filed budget obscuring the last line. This budget is re-formatted to make that line readable. The second exhibit is a synopsis of the DIP Loan terms intended as an exhibit to the loan agreement.

Respectfully submitted,

HEILMAN LAW PLLC

Dated: December 2, 2025

By: /s/ Ryan D. Heilman
Ryan D. Heilman (P63952)
Attorneys for Debtor
40900 Woodward Ave., Suite 100
Bloomfield, MI 48304
(248) 835-4745
ryan@heilmanlaw.com

## Cash flow forecast

| | | | | |
|---|---:|---:|---:|---:|
| Cash on hand (beginning of month) | $ 1,000 | $ 13,285 | $ 14,754 | $ 8,527 |

| Cash Receipts | November | December | January | February |
|---|---:|---:|---:|---:|
| Residential Rental Revenues (Net) | 36,224 | 36,224 | 36,224 | 36,224 |
| Parking | 13,482 | 13,482 | 13,482 | 16,500 |
| Loan proceeds | 380,000 | 85,000 | 85,000 | 25,000 |
| Commerical Income | 10,000 | 10,000 | 10,000 | 10,000 |
| Total cash receipts | $ 439,706 | $144,706 | $144,706 | $ 87,724 |

| Cash Paid Out | | | | |
|---|---:|---:|---:|---:|
| Accounting (Maddox) | - | - | - | - |
| Accounting Fees (Bookkeeping) | 500 | 500 | 500 | 500 |
| Automobile Expense | 1,114 | 1,114 | 1,114 | 1,114 |
| Bank Fees | 70 | 70 | 70 | 70 |
| Building Expenses | 1,010 | 1,190 | 1,370 | 1,550 |
| Cleaning Supplies | 1,000 | 1,000 | 1,000 | 1,000 |
| Consulting Services | - | - | - | - |
| Elevator Maintenance Contract | 270 | 270 | 270 | 270 |
| Unit Heaters for Elevator Shaft | - | 15,000 | - | - |
| Elevator Repair | - | 25,000 | 15,000 | - |
| Exterior Repairs | - | 1,500 | 1,500 | 1,500 |
| Lead Clearance | - | 6,000 | - | - |
| Fire Safety / Fire Alarm Inspection | - | 9,000 | - | - |
| Water Meter Repair | - | 12,000 | - | - |
| Gifts to employees | - | 1,500 | - | - |
| Insurance Bldg Expense | 285,175 | - | - | - |
| Internet Services | 470 | 470 | 470 | 470 |
| Legal Fees | - | - | - | - |
| Liability Insurance Expense | 5,407 | 5,407 | 5,407 | 5,407 |
| Workers Comp Ins. | 2,112 | - | - | - |
| Maintenance Supplies | 1,500 | 1,500 | 1,500 | 1,680 |
| Office Expense | 220 | 220 | 220 | 220 |
| Parking Expenses | 172 | 172 | 172 | 172 |
| Property Taxes | - | - | 58,640 | - |
| Repairs & Maintenance | 2,500 | 2,500 | 2,500 | 5,000 |
| Software & Computer | 500 | 500 | 500 | 500 |
| Gas and other expense reimbursements | 880 | 880 | 880 | |
| U - House Electric | 10,971 | 12,144 | 13,340 | 18,812 |
| U - Telephone Services | 710 | 710 | 710 | 710 |
| U - Waste Removal | 450 | 450 | 450 | 450 |
| U - Water & Sewer | 8,000 | 8,000 | 8,000 | 8,000 |
| Wages & Salaries | 36,140 | 36,140 | 36,140 | 36,140 |
| United States Trustee Fees | - | - | 1,180 | - |
| DTE Deposit | 42,840 | - | - | - |
| Water / Sewer Deposit | 24,000 | - | - | - |
| Comcast Deposit | 1,410 | - | - | - |
| Total Cash Disbursements | $ 427,421 | $143,237 | $150,933 | $ 83,565 |
| | | | | |
| Cash Receipts minus Cash Disbursements | 12,285 | 1,469 | (6,227) | 4,159 |
| Ending Cash | 13,285 | 14,754 | 8,527 | 12,686 |

**Exhibit A to Loan Agreement**

| | |
|---|---|
| DIP Lender: | Next Bridge Funding, LLC |
| Loan Amount: | $1,200,000. |
| Structure: | Full loan to be funded into escrow with draws to be made as necessary and, at Lender's discretion, payments to be made direct from escrow to post-petition creditors. |
| Interest Rate and Fees | Interest at 17.99%; <br> 4.0 points origination ($48,000); <br> $5,500 Lender Fee ((Doc Prep, Processing, Underwriting, Property Inspection); <br> $5,000 Legal Fees; <br> Plus all costs and expenses, including all legal fees, in the event of default or any request for an extension of maturity or additional loan funds. |
| Application of Proceeds: | In addition to payments of Lender's interest, fees and costs, Debtor is only permitted to make payments consistent with a Budget, including: <br> Utility Deposits; <br> Insurance premiums or the cost of insurance premium financing; <br> Past due and current property taxes; <br> Past due and current water/sewer bills; <br> City of Detroit – required repairs; and <br> Ordinary course business operations |
| Maturity Date: | Six months from Bankruptcy Court approval; due on Sale of the Property. <br> No prepayment penalty. |
| Priority and Liens: | Superpriority administrative claim status pursuant to 11 U.S.C. § 364(c)(1). <br> **Priming liens on the Leland House and all Debtor's assets pursuant to 11 U.S.C. § 364(d) with priority over all liens, mortgages and security interests except taxes and water/sewer liens.** |
| Professional Fees | Fees and expenses for Lender's and Debtor's professionals to be out of proceeds of Lender's collateral. |
| Events of Default: | The DIP Loan contains usual and customary events of default. In addition, Debtor must promptly commence a sale process. |

| Remedies on Event of Default: | In addition to other customary remedies, upon the occurrence and during the continuance of an Event of Default and following the giving of 10 business days' notice to counsel for the Debtors and the United States Trustee, the Lender may accelerate the indebtedness and exercise all rights and remedies of a secured creditor with respect to the collateral. |
|---|---|