UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

**LELAND HOUSE LIMITED PARTNERSHIP COMPANY,**

Debtor.
_____/

Case No. 25-51190
Chapter 11
Hon. Maria L. Oxholm

**SUPPLEMENTAL EXHIBIT – DISBURSEMENTS THROUGH JANUARY 15, 2026 - REGARDING DEBTOR'S MOTION
FOR ENTRY OF INTERIM AND FINAL ORDERS AUTHORIZING POST-PETITION SECURED FINANCING, GRANTING PRIORITY ADMINISTRATIVE EXPENSE AND PRIMING LIENS ON DEBTOR'S PROPERTY PURSUANT TO SECTIONS 364(c)(1) AND 364(d)(1), AUTHORIZING ADEQUATE PROTECTION AND <u>SCHEDULING A FINAL HEARING PURSUANT TO BANKRUPTCY RULE 4001</u>**

Leland House Limited Partnership Company ("<u>Debtor</u>"), through counsel, provides the attached disbursement budget showing amounts that must be spent by January 15, 2025 to avoid immediate and irreparable harm.

Respectfully submitted,

HEILMAN LAW PLLC

Dated: December 4, 2025    By:  /s/ Ryan D. Heilman
                                Ryan D. Heilman (P63952)
                                Attorneys for Debtor
                                40900 Woodward Ave., Suite 100
                                Bloomfield, MI 48304
                                (248) 835-4745
                                ryan@heilmanlaw.com

# Interim Order Cash flow forecast

| | Total cash receipts | $ 1,143,500 | $ 35,584 | |
|---|---|---:|---:|---|
| **Cash Paid Out** | | | | |
| Accounting (Maddox) | | - | - | |
| Accounting Fees (Bookkeeping) | | 1,000 | 500 | |
| Automobile Expense | | 2,228 | 1,114 | |
| Bank Fees | | 70 | 70 | |
| Building Expenses | | 1,190 | 1,190 | |
| Cleaning Supplies | | 1,000 | 1,000 | |
| Professional fees (no disbursements, but accruing) | | - | - | |
| Elevator Maintenance Contract | | 540 | 270 | |
| Unit Heaters for Elevator Shaft | | 15,000 | - | |
| Elevator Repair | | 25,000 | 15,000 | |
| Exterior Repairs | | 1,500 | 1,500 | |
| Lead Clearance | | 6,000 | - | |
| Fire Safety / Fire Alarm Inspection | | 9,000 | - | |
| Water Meter Repair | | 12,000 | - | |
| Annual employee bonus ($75/employee avg) | | 1,500 | - | |
| Insurance Bldg Expense | | 67,063 | - | |
| Internet Services | | 470 | 470 | |
| Liability Insurance Expense | | 10,814 | 5,407 | |
| Workers Comp Ins. | | 2,112 | - | |
| Maintenance Supplies | | 1,500 | 1,500 | |
| Office Expense | | 220 | 220 | |
| Parking Expenses | | 344 | 172 | |
| Property Taxes | | - | - | |
| Repairs & Maintenance | | 2,500 | 2,500 | |
| Software & Computer | | 1,000 | 500 | |
| Gas and other expense reimbursements | | 1,760 | 880 | |
| U - House Electric | | 27,847 | 20,000 | |
| U - Telephone Services | | 1,420 | 710 | |
| U - Waste Removal | | 900 | 450 | |
| U - Water & Sewer | | 16,000 | 8,000 | |
| Wages & Salaries | | 38,528 | 28,896 | |
| Miscellaneous/unexpected costs and expenses | | 2,000 | 1,000 | |
| United States Trustee Fees | | - | - | |
| DTE Deposit | | 57,120 | - | |
| Water / Sewer Deposit | | 24,000 | - | Total Needed to be Paid by January 15, 2025 |
| | Total Cash Disbursements | $ 331,626 | $ 91,349 | **$422,975** |

Notes: 1. This Cashflow addresses only necessary expenses that must be made by Jan. 15, 2026.
2. Debtor's professional fees are not included in the forecast because this is a cash forecast and no disbursements to professionals are projected during this 5-month period.