# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**In re:**  Case No. 25-51190

**LELAND HOUSE LIMITED PARTNERSHIP COMPANY,**  Chapter 11

Hon. Maria L. Oxholm

Debtor.

_____/

## ORDER AUTHORIZING
## PAYMENT OF ADEQUATE ASSURANCE TO DTE ENERGY CO.

This matter having come before the Court upon the Stipulation of Debtor and DTE Energy Co. ("DTE"); the Court having reviewed the stipulation and otherwise being fully advised in the premises;

**IT IS HEREBY ORDERED** that:

1. The amount of adequate assurance necessary for Debtor to provide to DTE under 11 U.S.C. § 366(c)(2) is $57,120 (the "Adequate Assurance").

2. If Debtor provides the Adequate Assurance to DTE on or before December 8, 2025 at 5:00 p.m. (or provides DTE's counsel with proof that a wire transfer was initiated before 5:00 p.m. on December 8, 2025), DTE is prohibited from altering, refusing or discontinuing service to the Debtor and may not discriminate against the Debtor on the basis of the commencement of this case or on the basis of pre-petition debts owed to DTE.

3. Debtor is authorized to pay the Adequate Assurance to DTE.

4. Regardless of whether payment is timely made, DTE is prohibited from altering, refusing or discontinuing service to the Debtor without further order of the Court. If Debtor fails to pay the adequate assurance deposit or post-petition utility bills, DTE may file an affidavit of default and a motion seeking relief from the automatic stay under 11 U.S.C. § 362 and other appropriate relief, which motion may be heard on an expedited basis.

**Signed on December 5, 2025**



/s/ Maria L. Oxholm
**Maria L. Oxholm**
**United States Bankruptcy Judge**