# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

**LELAND HOUSE LIMITED PARTNERSHIP COMPANY,**

Case No. 25-51190
Chapter 11
Hon. Maria L. Oxholm

Debtor.
_____/

## CERTIFICATE OF SERVICE

I, Ryan D. Heilman, hereby certify that:

On December 5, 2025, the Court entered via the Court's electronic case filing (ecf) system:

- Interim Order Authorizing Post-Petition Secured Financing, Granting Priority Administrative Expense and Priming Liens on Debtor's Property Pursuant to Sections 364(c)(1), 364(c)(3), and 364(d)(1), Authorizing Adequate Protection, and Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001 ["Interim Post-petition Financing Order," ECF # 104]; and

- Interim Order Authorizing Debtor to Obtain Post-petition Insurance Premium Financing and Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001 ["Interim Insurance Premium Financing Order," ECF # 105].

On December 5, 2025, the Interim Post-petition Financing Motion and the Interim Insurance Premium Financing Order were each served via the Court's ecf system on all creditors and parties-in-interest that have appeared in this case as set forth below.

I further certify that on December 6, 2025, I caused the Interim Post-petition Financing Motion and the Interim Insurance Premium Financing Order to be served by electronic mail and by first class U.S. mail at the addresses set forth in the attached Exhibit A and Exhibit B, respectively.

**Creditors served via ECF:**

Jason W. Bank on behalf of Creditor Robert Manna
jbank@kerr-russell.com, nnajor@kerr-russell.com

Danielle Rushing Behrends on behalf of Creditor Capital Impact Partners
dbehrends@dykema.com, lvasquez@dykema.com;ecfpleadings@kccllc.com

Sean M. Cowley (UST) on behalf of U.S. Trustee Andrew R. Vara
Sean.cowley@usdoj.gov

Jill M. Gies (UST) on behalf of U.S. Trustee Andrew R. Vara
jill.gies@usdoj.gov

Ryan D. Heilman on behalf of Debtor In Possession Leland House Limited Partnership Company
ryan@heilmanlaw.com, cindy@heilmanlaw.com

Richardo I. Kilpatrick on behalf of Creditor Wayne County Treasurer
ecf@kaalaw.com,
Rkilpatrick@ecf.courtdrive.com;ksmith@ecf.courtdrive.com;crik11@trustesolutions.net

Anthony J. Kochis on behalf of Creditor Kraemer Design Group, LLC
akochis@wolfsonbolton.com,
stravis@wolfsonbolton.com;ECFAdmin@wolfsonbolton.com

Danielle Love on behalf of Creditor Robert Manna
dkus@kerr-russell.com

Anthony James Miller on behalf of Interested Party Next Bridge Funding
am@osbig.com

Yuliy Osipov on behalf of Interested Party Next Bridge Funding
yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com

Melinda B. Oviatt on behalf of Creditor Detroit Water and Sewerage Department
moviatt@kaalaw.com

Ronald A. Spinner on behalf of Creditor City of Detroit, Michigan
spinner@millercanfield.com

Marc N. Swanson on behalf of Creditor City of Detroit, Michigan
swansonm@millercanfield.com, Kidd@MillerCanfield.com;brennan@millercanfield.com

Respectfully submitted,

HEILMAN LAW PLLC

Dated: December 6, 2025 By: /s/ Ryan D. Heilman
Ryan D. Heilman (P63952)
Attorney for Debtor
40900 Woodward Ave., Suite 100
Bloomfield, MI 48304
(248) 835-4745
ryan@heilmanlaw.com

# Exhibit A - Creditors Served by Email

| CREDITOR NAME | email |
|---|---|
| Capital Impact Partners | molbrys@capitalimpact.org |
|  | dbehrends@dykema.com |
| Invest Detroit | Mike.Vieregge@investDetroit.com |
| Cinaire | kwang@cinnaire.com |
| DTE | sharesse.forrester@dteenergy.com |
|  | leland.prince@dteenergy.com |
| City of Detroit Water and Sewer | mydwsd@detroitmi.gov |
|  | ecf@kaalaw.com |
| Bismar Lending | jnajor@sfcell.com |
| 400 Bagley Corp | luis@theleland.com |
| Robert Reilly | rrrmal885@gmail.com |
| Robert Manna | mannapropertyco@gmail.com |
|  | jbank@kerr-russell.com |
|  | dlove@kerr-russell.com |
| Doug Taylor | douglas.taylor@bwe.com |
| Kotz Sangster Wysocki | jsangster@kotzsangster.com |
| Kraemer Design Group | bob@thekraemeredge.com |
|  | almcalpine@mcalpinelawfirm.com |
|  | mlmcalpine@mcalpinelawfirm.com |
|  | akochis@wolfsonbolton.com |
| LRM Construction | luis@theleland.com |
| Michael Higgins Trust | luis@theleland.com |
|  | hnresnick@resnicklaw.com |
| ASTI | environmental@asti-env.com |
|  | pboland@peagroup.com |
| Wayne Cty Property Taxes | sdrew@waynecounty.com |
|  | rkilpatrick@kaalaw.com |
|  | ecf@kaalaw.com |
| Small Business Administration | Jacqueline.Godette@sba.gov |
| John Maddox CPA | john@maddoxcpas.com |
| State of Michigan sales & withholding | treasSUW@michigan.gov |
| Murray Schlussel | schlussel@comcast.net |
| Detroit Downtown Dev Authority | Rebecca Navin <rnavin@degc.org> |
|  | jkanalos@degc.org |
| City of Detroit | swansonm@millercanfield.com |
|  | spinner@millercanfield.com |
| Office of the United States Trustee | Jill.Gies@usdoj.gov |

**Exhibit B – Service by first class mail**

Jason Najor
Bismar Lending
1374 Rankin Dr
Troy, MI 48083

Kemeng Wang
Cinnaire
1118 S Washington Ave
Lansing, MI 48910

City of Detroit Com & Economic Dev Dept
2 Woodward Ave., Suite 808
Detroit, MI 48226

Leland Prince
DTE
1 Energy Plaza
Detroit, MI 48226

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Becky Navin
Detroit Downtown Dev Authority
500 Griswold Ste 2200
Detroit, MI 48226

Doug Taylor
22622 Sweet Meadow
Mission Viejo, CA 92692

Mike Vieregge Invest
Detroit
600 Renaissance Center Ste 1710
Detroit, MI 48243

John Maddox CPA
20750 Civic Center Dr Ste 418
Southfield, MI 48076

Jeff Sangster
Kotz Sangster Wysocki
36700 Woodward Ave Suite 202
Bloomfield Hills, MI 48304


Michigan Unemployment Insurance Agency
Attn: Bankruptcy Unit
3024 West Grand Blvd, Ste 12-100
Detroit, MI 48202


Murray Schlussel
1687 Thousand Oaks Blvd
Berkeley, CA 94707


Robert Manna
1101 N Pontiac Trail
Walled Lake, MI
48390


Small Business Administration
PO Box 3918
Portland, OR 97208


State of Michigan sales & withholding
2501 Coolidge Rd Ste 400
East Lansing, MI 48823


US Attorney
Attn.: Civil Division 211
W. Fort St. Ste 2001
Detroit, MI 48226


Robert Reilly
1500 Chemin de Granet
13090 AIX en Provence
France