Form:ntadjBK

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 25−51190−mlo
Chapter: 11
Judge: Maria L. Oxholm

In Re: (NAME OF DEBTOR(S))
   Leland House Limited Partnership Company
   400 Bagley St.
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−2350236

**NOTICE OF ADJOURNED HEARING TO BE HELD IN PERSON – ADJOURNED AS TO HEARING TIME ONLY**

PLEASE TAKE NOTICE that the HEARING on 12/11/25 at 11:00 am to consider and act upon the following:

*29* – Motion to Dismiss Case Re: No Insurance on Primary Assets Filed by U.S. Trustee Andrew R. Vara (Cowley (UST), Sean)

is hereby adjourned to: 12/11/25 at 10:00 AM at Courtroom 1875, 211 West Fort St., Detroit, MI 48226

Dated: 12/8/25

                BY THE COURT

                Todd M. Stickle, Clerk of Court
                U.S. Bankruptcy Court