UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:	Case No. 25-51190-mlo

**Leland House Limited Partnership Co.,**	Chapter 11

    Debtor.	Hon. Maria L. Oxholm
_____/

**STIPULATION FOR ENTRY OF ORDER RESOLVING UNITED STATES TRUSTEE'S MOTION TO DISMISS CASE**

The Debtor, the U.S. Trustee, The City of Detroit, and the Michael Higgins Trust through their counsel, stipulate to entry of the attached Order resolving the U.S. Trustee's Motion to Dismiss Case Under 11 U.S.C. § 1112(b).

| | |
|---|---|
| **ANDREW R. VARA**<br>**UNITED STATES TRUSTEE**<br>Regions 3 and 9 | **HEILMAN LAW PLLC** |
| By: /s/ Jill M. Gies<br>    Office of the U.S. Trustee<br>    211 West Fort St. – Suite 700<br>    Detroit, MI 48226<br>    (313) 226-7913<br>    Jill.Gies@usdoj.gov<br>    [P56345] | By: /s/ Ryan D. Heilman<br>    Ryan D. Heilman<br>    Attorney for Debtor<br>    40900 Woodward Ave; Ste. 100<br>    Bloomfield, MI 48304<br>    (248) 835-4745<br>    ryan@heilmanlaw.com<br>    [P63952] |

| MILLER, CANFIELD, PADDOCK AND STONE, P.L.C. | RESNICK LAW, P.C. |
|---|---|
| By: /s/ Marc N. Swanson<br>Marc N. Swanson (P71149)<br>Attorney for the City of Detroit<br>150 W. Jefferson Ave., Suite 2500<br>Detroit, MI 48226<br>Telephone: (313) 496-7591<br>swansonm@millercanfield.com | By: /s/ H. Nathan Resnick<br>H. Nathan Resnick (P42424)<br>Attorney for the Michael Higgins Trust<br>4540 Rue Demers<br>West Bloomfield, MI 48323<br>Telephone: (248) 642-5400<br>hresnick@resnicklaw.com |

Date: December 15, 2025

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:  Case No. 25-51190-mlo

**Leland House Limited Partnership Co.,**  Chapter 11

    Debtor.  Hon. Maria L. Oxholm

_____/

## ORDER RESOLVING UNITED STATES TRUSTEE'S
## MOTION TO DISMISS

**THIS MATTER** came before the Court upon the Motion of the United States Trustee to dismiss this case (the "Motion") (Docket No. 29). The Debtor filed a response and objection to the Motion (Docket No. 52). The Motion was originally scheduled for hearing on November 20, 2025, adjourned to December 4, 2025, and adjourned again to December 11, 2025, whereupon the hearing was held. Appearances were made at the December 11 hearing by the Debtor, the United States Trustee, the City of Detroit ("City"), and the Michael Higgins Trust. The Court, having heard from each of the parties present, and being otherwise advised, finds cause for the entry of this Order.

**NOW, THEREFORE,**

**IT IS ORDERED** that the Debtor must provide to the United States Trustee, no later than 3:00 p.m. on December 17, 2025, evidence that an amount sufficient to fund the down-payment for casualty insurance, consistent with the Interim Post-

Petition Financing Order (Docket No. 104) ("DIP Order"), and attendant Supplemental Budget (Docket No. 96), has been obtained ("Insurance Payment Requirement").

**IT IS FURTHER ORDERED** that if the Debtor fails to comply timely with the Insurance Payment Requirements, the United States Trustee may file an affidavit of such non-compliance and submit for entry an order dismissing this case.

**IT IS FURTHER ORDERED** that the Debtor must provide to the City by no later than 3:00 p.m. on December 17, 2025, evidence that the DIP Lender has funded the following Budget items in the following Budgeted amounts:

Unit Heaters for Elevator Shaft:  $15,000

Elevator Repairs:  $40,000

Lead Clearance:  $6,000

Fire Safety / Fire Alarm Inspection:  $9,000

Total Amount that must be funded:  $70,000

(Collectively, the "Repair Obligations"). The Repair Obligations may, at DIP Lender's option, be funded directly to Debtor or into an escrow account to be drawn against by Debtor to pay approved and documented expenses necessary to complete the Repair Obligations.

**IT IS FURTHER ORDERED** that if the Debtor fails to comply timely with the Repair Obligations or the Insurance Payment Requirement, then in either case

(a) the City may file an affidavit of such non-compliance with this Court; (b) the Debtor and Defendants in the State Court Action agree that, at the City's option, the *City of Detroit's Emergency Motion for Show Cause as to Why the Defendants Should Not be Held in Contempt for Failing to Comply with this Court's Order Dated November 7, 2025* ("Show Cause Motion") filed in case number 22-014516 ("State Court Action"), before the Honorable Annette J. Berry in the Circuit Court for the County of Wayne, Michigan ("State Court") may be heard in the State Court on December 19, 2025, or as soon thereafter as the City may be heard (and will not be opposed by the Debtor or Defendants); and (c) the Debtor and Defendants in the State Court Action agree that, at the City's option, the State Court may enter an order in a form acceptable to the City appointing Chuck Bullock as Receiver over the Defendants and Debtor's assets pursuant to MCL § 600.2926, and the order will not be opposed by the Debtor or Defendants. The City may, in its sole discretion, waive some or all of the Repair Obligations if the City determines such Repair Obligations are no longer necessary for the safety and well-being of tenants or the public.

**IT IS FURTHER ORDERED** that nothing in this Order amends or modifies any of the provisions of the DIP Order.

**IT IS FURTHER ORDERED** that if the Debtor complies with all of the provisions of this Order, the hearing on the Motion to Dismiss will be adjourned to January 12, 2026 at 10:00 a.m.