# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:                                                    Case No. 25-51190-mlo

**Leland House Limited Partnership Co.,**                 Chapter 11

    Debtor.                           Hon. Maria L. Oxholm

_____/

## STIPULATION FOR ENTRY OF ORDER EXTENDING OBJECTION DEADLINE OF THE CITY OF DETROIT

The Debtor and the City of Detroit stipulate to entry of the attached Order extending the deadline from January 5, 2026 to January 6, 2026, for the City to file an objection to *Debtor's Motion for Entry of Interim and Final Orders Authorizing Post-Petition Secured Financing, Granting Priority Administrative Expense and Priming Liens on Debtor's Property Pursuant to Sections 364(c)(1) and 364(d)(1), Authorizing Adequate Protection and Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001* ("<u>Finance Motion</u>", Doc. No. 73) and to the *Interim Order Authorizing Post-Petition Secured Financing, Granting Priority Administrative Expense and Priming Liens on Debtor's Property Pursuant to Sections 364(c)(1) and 364(d)(1), Authorizing Adequate Protection and Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001* ("<u>Interim Order</u>", Doc. No. 104) to allow the parties additional time to discuss the Finance Motion and the Interim Order. As a

result, the parties respectfully request that the Court enter an Order in substantially the same form as the one attached as Exhibit A.

| | |
|---|---|
| **MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.** | **HEILMAN LAW PLLC** |
| By: /s/ Marc N. Swanson<br>  Marc N. Swanson (P71149)<br>  Attorney for the City of Detroit<br>  150 W. Jefferson Ave., Suite 2500<br>  Detroit, MI 48226<br>  Telephone: (313) 496-7591<br>  swansonm@millercanfield.com | By: /s/Ryan D. Heilman<br>  Ryan D. Heilman (P63952)<br>  Attorney for Debtor<br>  40900 Woodward Ave; Ste. 100<br>  Bloomfield, MI 48304<br>  (248) 835-4745<br>  ryan@heilmanlaw.com |

Date: January 5, 2026

Exhibit A

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 25-51190-mlo |
| **Leland House Limited Partnership Co.,** | Chapter 11 |
| Debtor. | Hon. Maria L. Oxholm |
| _____/ | |

## ORDER EXTENDING OBJECTION DEADLINE OF THE CITY OF DETROIT

Upon the Stipulation[1] of the City of Detroit ("City") and the Debtor; and there appearing to be good cause for the entry of this Order; and the Court being otherwise advised in the premises;

NOW THEREFORE, IT IS ORDERED that the deadline for the City of Detroit to object to the Finance Motion and Interim Order is January 6, 2026.

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Stipulation.