UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 25-51190-mlo
 Chapter 11
**Leland House Limited Partnership Co.,**  Hon. Maria L. Oxholm

    Debtor.
_____/

## ORDER EXTENDING OBJECTION DEADLINE OF THE CITY OF DETROIT

Upon the Stipulation[1] of the City of Detroit ("City") and the Debtor; and there appearing to be good cause for the entry of this Order; and the Court being otherwise advised in the premises;

NOW THEREFORE, IT IS ORDERED that the deadline for the City of Detroit to object to the Finance Motion and Interim Order is January 6, 2026.

**Signed on January 6, 2026**

/s/ Maria L. Oxholm
**Maria L. Oxholm
United States Bankruptcy Judge**

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Stipulation.