# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

**Leland House Limited Partnership Co.,**

    Debtor.
_____/

Case No. 25-51190-mlo
Chapter 11
Hon. Maria L. Oxholm

## ORDER EXTENDING OBJECTION DEADLINE OF THE CITY OF DETROIT

Upon the Stipulation[1] of the City of Detroit ("<u>City</u>") and the Debtor; and there appearing to be good cause for the entry of this Order; and the Court being otherwise advised in the premises;

NOW THEREFORE, IT IS ORDERED that the deadline for the City of Detroit to object to the Finance Motion and Interim Order is January 8, 2026.

**Signed on January 7, 2026**

/s/ Maria L. Oxholm
**Maria L. Oxholm
United States Bankruptcy Judge**

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Stipulation.