# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

**LELAND HOUSE LIMITED PARTNERSHIP COMPANY,**

    Debtor.
_____/

Case No. 25-51190
Chapter 11
Hon. Maria L. Oxholm

**SUPPLEMENTAL EXHIBIT – UPDATED BUDGET - TO DEBTOR'S MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS AUTHORIZING POST-PETITION SECURED FINANCING, GRANTING PRIORITY ADMINISTRATIVE EXPENSE AND PRIMING LIENS ON DEBTOR'S PROPERTY PURSUANT TO SECTIONS 364(c)(1) AND 364(d)(1), AUTHORIZING ADEQUATE PROTECTION AND SCHEDULING A FINAL HEARING PURSUANT TO BANKRUPTCY RULE 4001**

Leland House Limited Partnership Company ("Debtor"), through counsel, provides the attached updated budget incorporating the full proposed budget through the end of April, 2026.

Respectfully submitted,

HEILMAN LAW PLLC

Dated: January 11, 2026     By: /s/ Ryan D. Heilman
    Ryan D. Heilman (P63952)
    Attorneys for Debtor
    40900 Woodward Ave., Suite 100
    Bloomfield, MI 48304
    (248) 835-4745
    ryan@heilmanlaw.com

**Leland House Limited Partnership Company**
*For the period of January 5, 2026 through May 1, 2026*

Interim Order Cash Flow Forecast

| Week Beginning | Week of 1/5/2026 Fcst | Week of 1/12/2026 Fcst | Week of 1/19/2026 Fcst | Week of 1/26/2026 Fcst | Week of 2/2/2026 Fcst | Week of 2/9/2026 Fcst | Week of 2/16/2026 Fcst | Week of 2/23/2026 Fcst | Week of 3/2/2026 Fcst | Week of 3/9/2026 Fcst | Week of 3/16/2026 Fcst | Week of 3/23/2026 Fcst | Week of 3/30/2026 Fcst | Week of 4/6/2026 Fcst | Week of 4/13/2026 Fcst | Week of 4/20/2026 Fcst | Week of 4/27/2026 Fcst | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash on hand - net of outstanding payments | $ 10,706 | $ 1,607 | $ 11,236 | $ 2,238 | $ 8,258 | $ 1,057 | $ 27,001 | $ 936 | $ 7,457 | $ 926 | $ 36,140 | $ 805 | $ 31,612 | $ 827 | $ 27,850 | $ 674 | $ 24,481 | |
| **Cash Receipts** | | | | | | | | | | | | | | | | | | |
| Residential Rental Revenues (Net) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Parking | 4,225 | 2,309 | 2,309 | 2,309 | 2,309 | 2,309 | 2,309 | 2,309 | 2,309 | 2,309 | 2,309 | 2,309 | 2,309 | 2,309 | 2,309 | 2,309 | 2,309 | 41,177 |
| Draw Requests | 3,500 | 55,000 | - | 38,000 | - | 36,500 | - | 27,000 | - | 45,500 | - | 38,500 | - | 33,500 | - | 30,000 | - | 307,500 |
| Commerical Income | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total cash receipts** | $ 7,725 | $ 57,309 | $ 2,309 | $ 40,309 | $ 2,309 | $ 38,809 | $ 2,309 | $ 29,309 | $ 2,309 | $ 47,809 | $ 2,309 | $ 40,809 | $ 2,309 | $ 35,809 | $ 2,309 | $ 32,309 | $ 2,309 | $ 348,677 |
| **Cash Disbursements** | | | | | | | | | | | | | | | | | | |
| Accounting (Maddox - CPA For 2025 Tax Return) | - | - | - | - | - | - | - | - | - | - | - | 10,000 | - | - | - | - | - | 10,000 |
| Accounting Fees (Bookkeeping) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Automobile Expense | - | - | - | 1,114 | - | - | - | 1,114 | - | - | - | - | 1,114 | - | - | - | 1,114 | 4,456 |
| Bank Fees | - | 70 | - | - | - | 70 | - | - | - | 70 | - | - | - | 70 | - | - | - | 280 |
| Lender Draw Fees ($150 Doc, $45 Wire) | 195 | 195 | - | 195 | - | 195 | - | 195 | - | 195 | - | 195 | - | 195 | - | 195 | - | 1,755 |
| Building Expenses | - | - | - | 500 | - | - | - | - | 500 | - | - | - | 500 | - | - | - | 500 | 2,000 |
| Cleaning Supplies | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Professional fees (no disbursements pending sale, but accruing)* | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Elevator Maintenance Contract | - | 270 | - | - | - | 270 | - | - | - | - | 270 | - | - | 270 | - | - | - | 1,080 |
| Unit Heaters for Elevator Shaft (Escrowed as of 12/17/25) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Elevator Repair (Escrowed as of 12/17/25) | - | - | - | - | 1,171 | - | - | - | - | - | - | - | - | - | - | - | - | 1,171 |
| Exterior Repairs | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Lead Clearance (Escrowed as of 12/17/25) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Fire Safety / Fire Alarm Inspection (Escrowed as of 12/17/25) | - | - | - | - | - | - | - | - | - | - | 9,000 | - | - | - | - | - | - | 9,000 |
| Annual employee bonus ($75/employee avg) | - | - | - | - | - | - | - | - | - | - | - | 1,500 | - | - | - | - | - | 1,500 |
| Insurance Bldg Expense (Deposit Paid as of 12/17/25) | - | 20,066 | - | - | - | - | 20,066 | - | - | - | 20,066 | - | - | - | 20,066 | - | - | 80,265 |
| Internet Services | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Liability Insurance Expense | - | - | - | 2,681 | - | - | - | 2,681 | - | - | - | - | 2,681 | - | - | - | 2,681 | 10,726 |
| Workers Comp Ins. | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Maintenance Supplies | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Office Expense | - | - | - | 100 | - | - | - | 100 | - | - | - | - | 100 | - | - | - | 100 | 400 |
| Parking Expenses | - | 172 | - | - | - | 172 | - | - | - | 172 | - | - | - | 172 | - | - | - | 688 |
| Property Taxes (Escrowed - to be released) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Repairs & Maintenance | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Software & Computer (QB's, Rent Mgr, Adobe, etc) | 284 | 148 | - | - | 32 | 400 | - | - | 32 | 400 | - | - | - | 284 | 148 | - | - | 1,730 |
| Gas and other expense reimbursements | 220 | 220 | 220 | 220 | 220 | 220 | 220 | 220 | 220 | 220 | 220 | 220 | 220 | 220 | 220 | 220 | 220 | 3,740 |
| Utilities - House Electric | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Utilities - Telephone Services | - | - | - | 390 | - | - | - | 390 | - | - | - | - | 390 | - | - | - | 390 | 1,562 |
| Utilities - Waste Removal | - | 450 | - | - | - | 450 | - | - | - | 450 | - | - | - | 450 | - | - | - | 1,800 |
| Utilities - Water & Sewer (only current portion due) | - | - | - | 8,000 | - | - | - | - | - | - | - | - | - | - | - | - | - | 8,000 |
| Wages & Salaries | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 102,000 |
| Miscellaneous/unexpected costs and expenses | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 2,125 |
| United States Trustee Fees | - | - | - | 3,000 | - | - | - | - | - | - | - | - | - | - | - | 3,000 | - | 6,000 |
| Testing of Electrical System | - | 15,000 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 15,000 |
| Winterization & Building Preservation | - | 3,000 | 3,000 | - | - | 3,000 | - | - | - | 3,000 | - | - | - | - | - | - | - | 12,000 |
| Building Security | - | 1,963 | 1,963 | 1,963 | 1,963 | 1,963 | 1,963 | 1,963 | 1,963 | 1,963 | 1,963 | 1,963 | 1,963 | 1,963 | 1,963 | 1,963 | 1,963 | 31,409 |
| Adequate Protection | 10,000 | - | - | 10,000 | - | - | - | 10,000 | - | - | - | - | 10,000 | - | - | - | 10,000 | 50,000 |
| **Total Cash Disbursements** | $ 16,824 | $ 47,680 | $ 11,308 | $ 34,289 | $ 9,511 | $ 12,865 | $ 28,374 | $ 22,789 | $ 8,840 | $ 12,595 | $ 37,644 | $ 10,003 | $ 33,094 | $ 8,787 | $ 29,485 | $ 8,503 | $ 26,094 | $ 358,686 |
| **Net Cash Flow (Receipts less Disbursements)** | $ (9,099) | $ 9,630 | $ (8,999) | $ 6,021 | $ (7,201) | $ 25,944 | $ (26,065) | $ 6,521 | $ (6,531) | $ 35,214 | $ (35,335) | $ 30,806 | $ (30,784) | $ 27,022 | $ (27,175) | $ 23,806 | $ (23,784) | $ (10,009) |
| **Ending Cash Balance** | $ 1,607 | $ 11,236 | $ 2,238 | $ 8,258 | $ 1,057 | $ 27,001 | $ 936 | $ 7,457 | $ 926 | $ 36,140 | $ 805 | $ 31,612 | $ 827 | $ 27,850 | $ 674 | $ 24,481 | $ 696 | |

DIP Availability at Closing (12-17-25) = $473,984
Less: Draw Requests thru 01/04/26 = (52,400)
= $421,584

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Opening Availability | 421,584 | 404,760 | 357,080 | 345,772 | 311,483 | 301,973 | 289,107 | 260,733 | 237,944 | 229,104 | 216,508 | 178,864 | 168,861 | 135,767 | 126,980 | 97,495 | 88,992 |
| Less: Disbursements | (16,824) | (47,680) | (11,308) | (34,289) | (9,511) | (12,865) | (28,374) | (22,789) | (8,840) | (12,595) | (37,644) | (10,003) | (33,094) | (8,787) | (29,485) | (8,503) | (26,094) |
| **Net Availability** | $ 404,760 | $ 357,080 | $ 345,772 | $ 311,483 | $ 301,973 | $ 289,107 | $ 260,733 | $ 237,944 | $ 229,104 | $ 216,508 | $ 178,864 | $ 168,861 | $ 135,767 | $ 126,980 | $ 97,495 | $ 88,992 | $ 62,898 |

1. Debtor's professional fees are not included in the forecast because this is a cash forecast and no disbursements to professionals are projected during this forecasted period. Professional fees are accruing during this time and will be paid upon bankruptcy court approval from any remaining proceeds of the sale after the DIP lender fees have been satisfied.
2. A conservative approach to calculating Net Availability was taken in that no forecasted cash receipts were factored into the balance.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**In re:**

**LELAND HOUSE LIMITED**
**PARTNERSHIP COMPANY,**

     Debtor.
_____/

Case No. 25-51190
Chapter 11
Hon. Maria L. Oxholm

## CERTIFICATE OF SERVICE

I, Ryan D. Heilman, hereby certify that:

On January 11, 2026, I caused a copy of the following to be filed with the Court via the Court's Electronic Case Filing (ecf) system:

- Debtor's Supplemental Exhibit – Updated Budget – to Debtor's Motion For Entry Of Interim And Final Orders Authorizing Post-Petition Secured Financing, Granting Priority Administrative Expense And Priming Liens On Debtor's Property Pursuant To Sections 364(C)(1) And 364(D)(1), Authorizing Adequate Protection And Scheduling A Final Hearing Pursuant To Bankruptcy Rule 4001 (the "Updated Budget," ECF No. 121).

The Updated Budget was served via the Court's ecf system on all creditors and parties-in-interest that have appeared in this case as follows:

Jason W. Bank on behalf of Creditor Robert Manna
jbank@kerr-russell.com, nnajor@kerr-russell.com

Danielle Rushing Behrends on behalf of Creditor Capital Impact Partners
dbehrends@dykema.com, lvasquez@dykema.com;ecfpleadings@kccllc.com

Sean M. Cowley (UST) on behalf of U.S. Trustee Andrew R. Vara
Sean.cowley@usdoj.gov

Jill M. Gies (UST) on behalf of U.S. Trustee Andrew R. Vara
jill.gies@usdoj.gov

Richardo I. Kilpatrick on behalf of Creditor Wayne County Treasurer
ecf@kaalaw.com,
Rkilpatrick@ecf.courtdrive.com;ksmith@ecf.courtdrive.com;crik11@trustesolutions.net

Anthony J. Kochis on behalf of Creditor Kraemer Design Group, LLC
akochis@wolfsonbolton.com,
stravis@wolfsonbolton.com;ECFAdmin@wolfsonbolton.com

Danielle Love on behalf of Creditor Robert Manna
dkus@kerr-russell.com

Anthony James Miller on behalf of Interested Party Next Bridge Funding
am@osbig.com

Yuliy Osipov on behalf of Interested Party Next Bridge Funding
yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com

Melinda B. Oviatt on behalf of Creditor Detroit Water and Sewerage Department
moviatt@kaalaw.com

Christopher Pullman on behalf of Creditor Kraemer Design Group, LLC
cpullman@wolfsonbolton.com

Ronald A. Spinner on behalf of Creditor City of Detroit, Michigan
spinner@millercanfield.com

Marc N. Swanson on behalf of Creditor City of Detroit, Michigan
swansonm@millercanfield.com, Kidd@MillerCanfield.com;brennan@millercanfield.com


|  |  |
|---|---|
|  | Respectfully submitted, |
|  | HEILMAN LAW PLLC |
| Dated:  January 11, 2026 | By:___/s/ Ryan D. Heilman_____<br>Ryan D. Heilman (P63952)<br>Attorney for Debtor<br>40900 Woodward Ave., Suite 100<br>Bloomfield, MI 48304<br>(248) 835-4745<br>ryan@heilmanlaw.com |