# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### NORTHERN DIVISION

**In re**:

**LELAND HOUSE   LIMITED
PARTNERSHIP COMPANY**,

Case no.   25-51190
Ch.         11
Hon. Maria L. Oxholm

_____ Debtor. _____

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Trent W. Huskey of Varnum LLP appears as counsel for Arkist, LLC and pursuant to F. R. Bankr. P. 2002 and 9010 requests that all notices given or required to be given the above case, and all papers served in the above case be given to and served upon the following:

Trent W. Huskey
VARNUM LLP
333 Bridge Street NW
Grand Rapids, MI 49504
(616) 336-6132
twhuskey@varnumlaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in the rules specified above, but also includes without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted by mail, hand delivery, telephone, facsimile, email or otherwise, that effects the Debtor or property of the Debtor.

This Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a waiver of Arkist, LLC's rights (1) to have final orders in non-core matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which it is or may be entitled, in law or in equity; all of which rights, claims, actions, defenses, setoffs and recoupments to which Arkist, LLC expressly reserve.

Respectfully submitted,

VARNUM LLP

By: */s/ Trent W. Huskey*
   TRENT W. HUSKEY
   333 Bridge Street NW
   Grand Rapids, MI 49504
   (616) 336-6132
   twhuskey@varnumlaw.com

*Attorneys for Arkist, LLC*

Dated: January 26, 2026

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION**

**In re**:

**LELAND HOUSE   LIMITED**
**PARTNERSHIP COMPANY**,

_____ Debtor. _____

Case no.  25-51190
Ch.        11
Hon. Maria L. Oxholm

## CERTIFICATE OF SERVICE

I, TRENT W. HUSKEY, do hereby certify that a true and correct copy of the

above NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

has been served upon the parties listed on the Court's ECF transmission list in this

case via ECF e-notice on this 26th day of January 2026.

_/s/ Trent W. Huskey_
TRENT W. HUSKEY
(Admitted in
Illinois and the United States
District Court for the Western
District of Michigan)

3