UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the Matter of:

LELAND HOUSE LIMITED  
PARTNERSHIP COMPANY,

Case No. 25-51190-mlo  
Chapter 11  
Hon. MARIA L. OXHOLM

_____Debtor._____/

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned counsel appear as counsel for Marcellos Bell, Daryl Stewart, Cordale Smith and other members of the Leland House Tenants Union, an association of the tenants of the Leland House, who pursuant to Fed. R. Bankr. Pro 2002 and 9010 request that all notices given or required to be given in the above case, and all papers served in the above case be given to and served upon the following:

Kurt Thornbladh P25858  
THORNBLADH LEGAL GROUP PLLC  
7301 Schaefer Road  
Dearborn MI 48126-4915  
(313) 943 2678  
kthornbladh@gmail.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in the rules specified above, but also includes without limitation all orders and notices of any order, application, motion, petition, pleading, request, complaint or demand, formal or informal, whether written or oral, whether transmitted by mail, hand delivery, telephone, facsimile, email or otherwise that affects the rights of the Leland House Tenants or their association, the Leland House Tenants Union.

This Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a waiver of the rights of Marcellos Bell, Daryl Stewart, Cordale Smith and other members of the Leland House Tenants Union or tenants of Leland House (1) to have final orders in non-core matters entered only after de novo review by the District Court; (2) to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case:

1

(3) to have the District Court withdraw its reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which it is or may be entitled, in law or equity; all of which rights, claims, defenses, setoffs and recoupments are expressly reserved by Marcellos Bell, Daryl Stewart, Cordale Smith and other members of the Leland House Tenants Union, an association of the tenants of the Leland House,

Respectfully submitted,

By:__/s/_*Kurt Thornbladh*_____
KURT THORNBLADH P25858
THORNBLADH LEGAL GROUP PLLC
7301 Schaefer Road
Dearborn MI 48126-4915
(313) 943 2678
kthornbladh@gmail.com

By:_/s/_*Donovan McCarty*_____
DONOVAN McCARTY P80907
MICH. STATE UNIV. COLLEGE OF LAW
HOUSING JUSTICE CLINIC
648 N. Shaw Ln.
East Lansing MI 48824
(517) 432-6967
dmccarty@law.msu.edu

By:_/s/_*Matthew S. Erard*_____
MATTHEW S. ERARD P81091
GOODMAN HURWITZ & JAMES P.C.
684 W. Baltimore St. Suite 201
Detroit MI 48202
(248) 765 1605
merard@goodmanhurwitz.com

Dated:  January 27, 2026

2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the Matter of:

LELAND HOUSE LIMITED
PARTNERSHIP COMPANY,

Case No. 25-51190-mlo
Chapter 11
Hon. MARIA L. OXHOLM

_____Debtor._____/

CERTIFICATE OF SERVICE

Kurt Thornbladh certifies and says that he served **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** upon the parties listed below on the date stated below by ECF/CM CASE MANAGEMENT electronic filing platform:

- **Jason W. Bank**    jbank@kerr-russell.com, nnajor@kerr-russell.com
- **Danielle Rushing Behrends**    dbehrends@dykema.com, lvasquez@dykema.com;ecfpleadings@kccllc.com
- **Brendan G Best**    bgbest@varnumlaw.com, tachristians@varnumlaw.com
- **Sean M. Cowley (UST)**    Sean.cowley@usdoj.gov
- **Jill M. Gies (UST)**    jill.gies@usdoj.gov
- **Stuart A. Gold**    sgold@glmpc.com, sgold@ecf.courtdrive.com
- **Ryan D. Heilman**    ryan@heilmanlaw.com, cindy@heilmanlaw.com
- **Trent W. Huskey**    twhuskey@varnumlaw.com
- **Richardo I. Kilpatrick**    ecf@kaalaw.com, Rkilpatrick@ecf.courtdrive.com;ksmith@ecf.courtdrive.com;crik11@trustesolutions.net
- **Anthony J. Kochis**    akochis@wolfsonbolton.com, stravis@wolfsonbolton.com;ECFAdmin@wolfsonbolton.com
- **Danielle Love**    dkus@kerr-russell.com
- **Anthony James Miller**    am@osbig.com
- **Yuliy Osipov**    yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com
- **Melinda B. Oviatt**    moviatt@kaalaw.com
- **Christopher Pullman**    cpullman@wolfsonbolton.com
- **Ronald A. Spinner**    spinner@millercanfield.com
- **Marc N. Swanson**    swansonm@millercanfield.com, Kidd@MillerCanfield.com;brennan@millercanfield.com

3

And further the parties to the attached mailing matrix provided by the Clerk of the Court were served by First Class U.S. mail:  NOT APPLICABLE

I hereby certify the foregoing and true and correct under penalty of perjury and contempt of court under the laws of the United States of America. 28 USC § 1746.

<div style="margin-left:50%">

FOR THE DEBTOR:

By: /s/    *Kurt Thornbladh*
KURT THORNBLADH P25858
Thornbladh Legal Group PLLC
7301 Schaefer Road
Dearborn MI 48126-4915
(313) 943 2678
kthornbladh@gmail.com

</div>

Executed: 1/27/26