UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Leland House Limited Partnership Company,   Chapter 11
　　　　　　　　　　　　　　　　　　　　　　Case No. 25-51190-mlo
　　　　　　　　　　　　　　　　　　　　　　Hon. Maria L. Oxholm

　　　　　　Debtor in Possession.
_____/

**THE SHAREHOLDERS OF SCHLUSSEL REILLY, INC'S OBJECTION TO DEBTOR'S MOTION FOR ENTRY OF ORDER (A) ESTABLISHING BIDDING PROCEDURES IN CONNECTION WITH THE SALE OF DEBTOR'S BUILDING AND ADJACENT PARKING LOT, (B) APPROVING THE FORM OF NOTICE, (C) SCHEDULING AN AUCTION; AND (D) SCHEDULING A SALE HEARING**

　　Murray Schlussel and Robert Reilly, the 100% shareholders of Schlussel Reilly, Inc, object to the Debtor's Motion for Entry of Order (A) Establishing Bidding Procedures in Connection with the Sale of Debtor's Building Auction; and (D) Scheduling a Sale Hearing (the "Motion") [Doc. No. 129] that was filed January 13, 2026.

**PRELIMINARY STATEMENT**

　　The Debtor is asking this Court to approve the sale of the Debtor's interest in a 20-story apartment building. In addition, the Debtor seeks to sell an adjacent parking lot that it does not own or maintain any interest in. That property is owned exclusively by Schlussel Reilly, Inc. The Debtor's agreement to pay an unnecessary and unusually high break-up fee is already the subject of an objection filed by the Office of the United States Trustee [Doc. No. 141]. As the only shareholders of Schlussel Reilly, Inc., neither Murray Schlussel nor Robert Reilly agreed to the sale of the parking lot and now do hereby object to the Motion to the extent it includes the parking lot at a price below its fair market value.

# JURISDICTION

1. This Court has jurisdiction over the Motion under 28 U.S.C. § 157 and 1334. This matter is a core proceeding under 28 U.S.C. § 157(b)(2).

# BACKGROUND

2. On November 3, 2025, the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

3. The Debtor's estate includes an interest in a 20-story Beaux-Arts Detroit landmark built in 1927 and located at 400 Bagley St., Detroit, Michigan (the "Leland House"). Adjacent to the Leland House is a parking lot operated by the Debtor but owned by Schlussel Reilly, Inc. (the "Parking Lot").

4. According to Schedule A/B, the building alone was appraised in 2020 for a value of $19,400,000. The Debtor has asserted in other pleadings that due to the age of the appraisal and lack of building repairs, the value has declined, but that it "still retains substantial value." *See* Docket No. 73, paragraph 18. Schedule A/B does not list any interest in the Parking Lot. The Parking Lot is owned by Schlussel Reilly, Inc. Pursuant to a recent appraisal, the Parking Lot is worth in excess of $5,600,000.

5. The Debtor seeks to sell the Leland House in a combined sale with the Parking Lot through an auction process. To that end, the Debtor has identified a stalking horse bidder.

6. The Debtor received a letter of intent for the purchase of the Leland House and the Parking Lot (the "LOI") from Arkist, LLC (the "Stalking Horse"). The purchase price is $3.5 million.

7. The Stalking Horse's offer was made prior to the Debtor's engagement of a broker, and prior to any opportunity for robust marketing.

8. For the reasons stated below, the Motion should be denied.

## ARGUMENT

9. The shareholders object to the Motion because it seeks to sell property it does not own. It is not a scheduled asset in the Debtor's bankruptcy case.

10. The Parking Lot at issue is the only asset of Schlussel Reilly, Inc.

11. The only shareholders of Schlussel Reilly, Inc. are Murray Schlussel and Robert Reilly.

12. They have not authorized the sale of the Parking Lot.

13. They did not agree to have the Debtor's agent, Luis Ramirez, be an officer of Schlussel Reilly, Inc.

14. The Debtor's attempt to sell the only asset of Schlussel Reilly, Inc, if based on the authorization of Luis Ramirez, is in violation of the Michigan Corporation Act. See MCL 450.1753, which requires an affirmative vote of the shareholders to sell all of the corporation's assets.

15. The Debtor purports to share the proceeds from the sale with Schlussel Reilly, Inc., based on an undefined equitable distribution.

16. Schlussel Reilly, Inc., objects to the Debtor's ambiguous and amorphous distribution scheme.

WHEREFORE, the shareholders of Schlussel Reilly, Inc., respectfully request that this Honorable Court deny the Debtor's Sale Motion.

Respectfully submitted,

GOLD, LANGE, MAJOROS &
SMALARZ, P.C.

Dated: January 28, 2026    By: /s/ Stuart A. Gold
STUART A. GOLD (P27766)
Attorney for creditor, Murray Schlussel
24901 Northwestern Hwy., Suite 444
Southfield, MI 48075
(248) 350-8220 ext. 233
(248) 340-3728 - fax
sgold@glmpc.com

H:\GLM General Clients\Schluseel & Riley Inc\Appearance.SAG.12026tw.docx

4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Leland House Limited Partnership Company,   Chapter 11
                                            Case No. 25-51190-mlo
                                            Hon. Maria L. Oxholm
        Debtor in Possession.
_____/

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2026, I electronically filed:

- The Shareholders of Schlussel Reilly, Inc's Objection to Debtor's Motion for Entry of Order (A) Establishing Bidding Procedures in Connection with the Sale of Debtor's Building and Adjacent Parking Lot, (B) Approving the Form of Notice, (C) Scheduling an Auction; and (D) Scheduling a Sale Hearing; and
- Certificate of Service

with the Clerk of the Court using ECF system which will send notification of such filing to all parties of record.

    Respectfully submitted,

Dated: January 28, 2026    /s/ *Toni Willis*
    Toni Willis, Paralegal
    Gold, Lange, Majoros & Smalarz, P.C.
    24901 Northwestern Hwy., Suite 444
    Southfield, MI 48075
    (248) 350-8220 x 246
    twillis@glmpc.com

H:\TONI\CH 13 POST-FILING DOCS\CH 13 PLAN\COS - PLAN DOCX.DOCX