UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In Re:
Leland House Limited Partnership Company     Case No. 25-51190
Chapter 11
Hon. Maria L. Oxholm

     Debtor.
_____

### ORDER SETTING HEARING ON THE MOTION FOR RECONSIDERATION OF THE COURT'S ORDER OF JANUARY 13, 2026, WITH REGARD TO THE RIGHTS OF THE LELAND HOUSE TENANTS

    Before the Court is a Motion for Reconsideration of The Court's Order of January 13, 2026, with Regard to the Rights of the Leland House Tenants. [ECF No. 159]. After reviewing the motion, pursuant to LBR 9024-1(a)(2), the Court will hold an in-person hearing on the matter. Accordingly,

    **IT IS HEREBY ORDERED** that an in-person hearing will be held on the Motion for Reconsideration [ECF No. 159] on **Wednesday, February 4, 2026 at 10:00 a.m. EST.**

    **IT IS FURTHER ORDERED** that a representative from the following parties shall appear at the in-person hearing: Debtor, the City of Detroit, the City of Detroit Fire Marshal and DTE. Other parties in interest are permitted but not required to attend the hearing.

**Signed on January 30, 2026**



/s/ Maria L. Oxholm
**Maria L. Oxholm**
**United States Bankruptcy Judge**