# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

**LELAND HOUSE LIMITED PARTNERSHIP COMPANY,**

    Debtor.

_____/

Case No. 25-51190
Chapter 11
Hon. Maria L. Oxholm

## EXHIBIT - VARIANCE REPORT SHOWING BUDGET TO ACTUAL RESULTS

Leland House Limited Partnership Company ("Debtor"), through counsel, provides the attached variance report showing Debtor's actual results against budgeted results both on a cumulative basis since December 22, 2025 and on a weekly basis for weeks ending January 25, February 1 and February 8, 2026.

    Respectfully submitted,

    HEILMAN LAW PLLC

Dated: February 13, 2026    By: /s/ Ryan D. Heilman
    Ryan D. Heilman (P63952)
    Attorneys for Debtor
    40900 Woodward Ave., Suite 100
    Bloomfield, MI 48304
    (248) 835-4745
    ryan@heilmanlaw.com

**Leland House Limited Partnership Company**
**Interim Order Cash Flow Forecast**
**Cumulative Budget-to-Actual**
*Weeks of December 22, 2025 through February 8, 2026*

| | Budget | Actual | Variance | Explanation |
|---|---:|---:|---:|---|
| **Cash Receipts** | | | | |
| Residential Rental Revenues (Net) | - | - | - | |
| Parking | 18,081 | 14,105 | 3,976 | |
| Draw Requests | 141,008 | 114,454 | 26,554 | Variance is largely due to timing as the Budget for the week of 12/22/25 included a draw for $19,200 and those funds were actually advanced on 12/19/25 in the amount of $25,092 |
| Subtotal | $ 159,089 | $ 128,559 | $ 30,530 | |
| **Cash Disbursements** | | | | |
| Accounting (Maddox - CPA For 2025 Tax Return) | - | - | - | |
| Accounting Fees (Bookkeeping) | 600 | 600 | - | |
| Automobile Expense | 3,342 | 3,342 | - | |
| Bank fees | 70 | 61 | 9 | |
| Lender Draw Fees ($150 Doc, $45 Wire) | 780 | 585 | 195 | |
| Building Expenses | 1,000 | - | 1,000 | No repair & maintenance issues have occurred yet. |
| Cleaning Supplies | - | - | - | |
| Professional fees (no disbursements pending sale, but accruing) | - | - | - | |
| Elevator Maintenance Contract | 810 | 900 | (90) | |
| Unit Heaters for Elevator Shaft (Escrowed as of 12/17/25) | - | - | - | |
| Elevator Repair (Escrowed as of 12/17/25) | 1,171 | 1,171 | (1) | |
| Exterior Repairs | - | - | - | |
| Lead Clearance (Escrowed as of 12/17/25) | - | - | - | |
| Fire Safety / Fire Alarm Inspection (Escrowed as of 12/17/25) | - | - | - | |
| Annual employee bonus ($75/employee avg) | 1,500 | 1,500 | - | |
| Bldg Insurance Expense | 20,066 | 20,066 | - | |
| Internet Services | - | - | - | |
| Liability Insurance Expense | 5,363 | 5,388 | (25) | |
| Workers Comp Ins. | - | - | - | |
| Maintenance Supplies | - | - | - | |
| Office Expense | 165 | 177 | (12) | |
| Parking Expenses | 516 | 172 | 344 | |
| Property Taxes (Escrowed - to be released) | - | - | - | |
| Repairs & Maintenance | - | - | - | |
| Software & Computer | 968 | 905 | 63 | |
| Gas and other exp reimbursements | 2,860 | 3,020 | (160) | |
| Utilities - House Electric | - | - | - | |
| Utilities - Telephone Services | 781 | 855 | (74) | |
| Utilities Waste Removal | 450 | 420 | 30 | |
| Utilities - Water & Sewer (only current portion due) | 8,000 | - | 8,000 | Water has been off since early December. Although an invoice was received, a pymt will not be released. |
| Wages & Salary | 42,000 | 45,433 | (3,433) | Primarly due to not including 941 tax payments in the Budget of $4,564.12 for Nov14 thru Dec 19 payroll. Otherwise, payroll is less than budgeted |
| Miscellaneous/unexpected costs and expenses | 2,625 | - | 2,625 | Unused |
| United States Trustee Fees | 3,000 | - | 3,000 | Awaiting Invoice |
| Testing of Electrical System | 15,000 | 15,000 | - | |
| Winterization & Bldg Preservation | 6,000 | 1,723 | 4,277 | Savings due material costs being lower than expected and doing much of the work with exist staff. |
| Building Security | 7,852 | 5,824 | 2,028 | Less hours than budgeted on a weekly basis |
| Adeequate Protection Pymt | 20,000 | 20,000 | - | |
| Subtotal | $ 144,919 | $ 127,143 | $ 17,775 | |

**DIP Lender Summary**

| | |
|---|---:|
| DIP Loan Amount | $ 1,200,000.00 |
| **Loan Activity** | |
| Property Insurance Escrow at Closing | $ 67,072.50 |
| Escrow Req'd by City of Detroit for Bldg Repairs | 70,000.00 |
| Loan Closing Fees Charged at Closing | 3,209.00 |
| Draw Request 12/19/25 | 27,092.31 |
| Draw Request 12/23/25 | 25,308.00 |
| Draw Request 1/14/26 | 57,864.00 |
| Draw Request 1/29/26 | 31,282.00 |
| **Total Debt Incurred** | **$ 281,827.81** |
| Less: Reserve for Delinquent Taxes | 513,402.69 |
| **DIP Funds Available** | **$ 404,769.50** |

**Leland House Limited Partnership Company**

Interim Order Cash Flow Forecast

Budget-to-Actual Reporting

Week of January 19, 2026 through January 25, 2026

| | **Budget** | **Actual** | **Variance** | **Explanation** |
|---|---|---|---|---|
| Weeks Beginning | 1/19/2026 | 1/19/2026 | | |
| **Cash Receipts** | | | | |
| Residential Rental Revenues (Net) | - | - | - | |
| Parking | 2,309 | 950 | 1,359 | |
| Draw Requests | - | - | - | |
| Subtotal | $ 2,309 | $ 950 | $ 1,359 | |
| | | | | |
| **Cash Disbursements** | | | | |
| Accounting (Maddox - CPA For 2025 Tax Return) | - | - | - | |
| Accounting Fees (Bookkeeping) | - | - | - | |
| Automobile Expense | - | - | - | |
| Bank fees | - | - | - | |
| Lender Draw Fees ($150 Doc, $45 Wire) | - | - | - | |
| Building Expenses | - | - | - | |
| Cleaning Supplies | - | - | - | |
| Professional fees (no disbursements pending sale, but accruing) | - | - | - | |
| Elevator Maintenance Contract | - | - | - | |
| Unit Heaters for Elevator Shaft (Escrowed as of 12/17/25) | - | - | - | |
| Elevator Repair (Escrowed as of 12/17/25) | - | - | - | |
| Exterior Repairs | - | - | - | |
| Lead Clearance (Escrowed as of 12/17/25) | - | - | - | |
| Fire Safety / Fire Alarm Inspection (Escrowed as of 12/17/25) | - | - | - | |
| Annual employee bonus ($75/employee avg) | - | - | - | |
| Bldg Insurance Expense | - | - | - | |
| Internet Services | - | - | - | |
| Liability Insurance Expense | - | - | - | |
| Workers Comp Ins. | - | - | - | |
| Maintenance Supplies | - | - | - | |
| Office Expense | - | - | - | |
| Parking Expenses | - | - | - | |
| Property Taxes (Escrowed - to be released) | - | - | - | |
| Repairs & Maintenance | - | - | - | |
| Software & Computer | - | - | - | |
| Gas and other exp reimbursements | 220 | 220 | - | |
| Utilities - House Electric | - | - | - | |
| Utilities - Telephone Services | - | - | - | |
| Utilities Waste Removal | - | - | - | |
| Utilities - Water & Sewer (only current portion due) | - | - | - | |
| Wages & Salary | 6,000 | 5,803 | 197 | |
| Miscellaneous/unexpected costs and expenses | 125 | - | 125 | Did not make a draw request for this item |
| United States Trustee Fees | - | - | - | |
| Testing of Electrical System | - | - | - | |
| Winterization & Bldg Preservation | 3,000 | - | 3,000 | Further spend was not needed at this time. |
| Building Security | 1,963 | 1,344 | 619 | Started day later than budgeted |
| Adeequate Protection Pymt | - | - | - | |
| Subtotal | $ 11,308 | $ 7,367 | $ 3,941 | |

## Leland House Limited Partnership Company
Interim Order Cash Flow Forecast
Budget-to-Actual Reporting
Week of January 26, 2026 through February 1, 2026

| | Budget | Actual | Variance | Explanation |
|---|---:|---:|---:|---|
| Weeks Beginning | 1/26/2026 | 1/26/2026 | | |
| **Cash Receipts** | | | | |
| Residential Rental Revenues (Net) | - | - | - | |
| Parking | 2,309 | 960 | 1,349 | |
| Draw Requests | 38,000 | 31,282 | 6,718 | |
| Subtotal | $ 40,309 | $ 32,242 | $ 8,067 | |
| | | | | |
| **Cash Disbursements** | | | | |
| Accounting (Maddox - CPA For 2025 Tax Return) | - | - | - | |
| Accounting Fees (Bookkeeping) | - | - | - | |
| Automobile Expense | 1,114 | 1,114 | - | |
| Bank fees | - | - | - | |
| Lender Draw Fees ($150 Doc, $45 Wire) | 195 | 195 | - | Deducted from loan availability |
| Building Expenses | 500 | - | 500 | Unused |
| Cleaning Supplies | - | - | - | |
| Professional fees (no disbursements pending sale, but accruing) | - | - | - | |
| Elevator Maintenance Contract | - | - | - | |
| Unit Heaters for Elevator Shaft (Escrowed as of 12/17/25) | - | - | - | |
| Elevator Repair (Escrowed as of 12/17/25) | - | - | - | |
| Exterior Repairs | - | - | - | |
| Lead Clearance (Escrowed as of 12/17/25) | - | - | - | |
| Fire Safety / Fire Alarm Inspection (Escrowed as of 12/17/25) | - | - | - | |
| Annual employee bonus ($75/employee avg) | - | - | - | |
| Bldg Insurance Expense | - | - | - | |
| Internet Services | - | - | - | |
| Liability Insurance Expense | 2,681 | 2,691 | (10) | |
| Workers Comp Ins. | | - | - | |
| Maintenance Supplies | - | - | - | |
| Office Expense | 100 | 115 | (15) | |
| Parking Expenses | - | 172 | (172) | Budgeted for payment wk of 1/12 |
| Property Taxes (Escrowed - to be released) | - | - | - | |
| Repairs & Maintenance | - | - | - | |
| Software & Computer | - | 905 | (905) | Budgeted $432 for payment wks of 1/5 and 1/12 |
| Gas and other exp reimbursements | 220 | 220 | - | |
| Utilities - House Electric | - | - | - | |
| Utilities - Telephone Services | 390 | 465 | (74) | |
| Utilities Waste Removal | - | - | - | |
| Utilities - Water & Sewer (only current portion due) | 8,000 | - | 8,000 | Water has been off since early December |
| Wages & Salary | 6,000 | 5,982 | 18 | |
| Miscellaneous/unexpected costs and expenses | 125 | - | 125 | Unused |
| United States Trustee Fees | 3,000 | - | 3,000 | Awaiting Invoice |
| Testing of Electrical System | - | - | - | |
| Winterization & Bldg Preservation | - | - | - | |
| Building Security | 1,963 | 1,568 | 395 | Less hours than budgeted |
| Adeequate Protection Pymt | 10,000 | 10,000 | - | |
| Subtotal | $ 34,289 | $ 23,427 | $ 10,862 | |

# Leland House Limited Partnership Company
Interim Order Cash Flow Forecast
Budget-to-Actual Reporting
Week of February 2, 2026 through February 8, 2026

| | **Budget** Weeks Beginning 2/2/2026 | **Actual** 2/2/2026 | **Variance** | **Explanation** |
|---|---|---|---|---|
| **Cash Receipts** | | | | |
| Residential Rental Revenues (Net) | - | - | - | |
| Parking | 2,309 | 2,265 | 44 | |
| Draw Requests | - | - | - | |
| Subtotal | $ 2,309 | $ 2,265 | $ 44 | |
| | | | | |
| **Cash Disbursements** | | | | |
| Accounting (Maddox - CPA For 2025 Tax Return) | - | - | - | |
| Accounting Fees (Bookkeeping) | - | - | - | |
| Automobile Expense | - | - | - | |
| Bank fees | - | - | - | |
| Lender Draw Fees ($150 Doc, $45 Wire) | - | - | - | |
| Building Expenses | - | - | - | |
| Cleaning Supplies | - | - | - | |
| Professional fees (no disbursements pending sale, but accruing) | - | - | - | |
| Elevator Maintenance Contract | - | - | - | |
| Unit Heaters for Elevator Shaft (Escrowed as of 12/17/25) | - | - | - | |
| Elevator Repair (Escrowed as of 12/17/25) | 1,171 | 1,171 | (1) | |
| Exterior Repairs | - | - | - | |
| Lead Clearance (Escrowed as of 12/17/25) | - | - | - | |
| Fire Safety / Fire Alarm Inspection (Escrowed as of 12/17/25) | - | - | - | |
| Annual employee bonus ($75/employee avg) | - | - | - | |
| Bldg Insurance Expense | - | - | - | |
| Internet Services | - | - | - | |
| Liability Insurance Expense | - | - | - | |
| Workers Comp Ins. | - | - | - | |
| Maintenance Supplies | - | - | - | |
| Office Expense | - | - | - | |
| Parking Expenses | - | - | - | |
| Property Taxes (Escrowed - to be released) | - | - | - | |
| Repairs & Maintenance | - | - | - | |
| Software & Computer | 32 | - | 32 | |
| Gas and other exp reimbursements | 220 | 220 | - | |
| Utilities - House Electric | - | - | - | |
| Utilities - Telephone Services | - | - | - | |
| Utilities Waste Removal | - | - | - | |
| Utilities - Water & Sewer (only current portion due) | - | - | - | |
| Wages & Salary | 6,000 | 6,367 | (367) | |
| Miscellaneous/unexpected costs and expenses | 125 | - | 125 | Unused |
| United States Trustee Fees | - | - | - | |
| Testing of Electrical System | - | - | - | |
| Winterization & Bldg Preservation | - | - | - | |
| Building Security | 1,963 | 1,568 | 395 | Less hours than budgeted |
| Adeequate Protection Pymt | - | - | - | |
| Subtotal | $ 9,511 | $ 9,326 | $ 184 | |