UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                          Case No. 25-51190-mlo

**Leland House Limited Partnership Co.,**          Chapter 11

    Debtor.                                                     Hon. Maria L. Oxholm

_____/

**UNITED STATES TRUSTEE'S MOTION TO DISMISS CASE**

Andrew R. Vara, United States Trustee, states as follows:

**Preliminary Statement**

This case is at a standstill with little hope for a successful outcome. Despite well intended goals, the Debtor has moved no closer to rehabilitation. In fact, its financial health has worsened. Derailed by an unfortunate and ill-timed power outage, the Debtor's progress towards rehabilitation has stagnated. The Debtor's only revenue source is nominal, and its administrative expenses are mounting such that they will soon cripple its ability to pay any creditors. The goal of a quick sale has failed, and the prospects of any sale appear limited or even non-existent. There is cause to dismiss this case because the Debtor is continuing to suffer loss and diminution and there is no reasonable likelihood of rehabilitation.

**BACKGROUND**

1. The Debtor filed this case on November 3, 2025.

2. The Debtor's primary asset is real property located at 400 Bagley Street, Detroit, Michigan, a 20-story Beaux-Arts Detroit landmark built in 1927,

which use is residential apartments (the "Property").  At the time the bankruptcy was filed, there were 40 units leased to residential tenants.

3. The filing of the petition was precipitated by a state court action, initiated by the City of Detroit, involving significant city code violations.  On the eve of bankruptcy, the state court was prepared to appoint a receiver over the Property.  In addition, DTE had threatened to shut off power to the Property.

4. The Debtor's revenue was insufficient to meet basic expenses and make the repairs necessary to comply with city code violations. It required outside funding to right size the Property and achieve its objective to sell quickly.

5. When this case was filed, the Debtor was close to obtaining financing that would allow the Property to be repaired and sold quickly.  The original financing options, however, fell through.

6. By mid-December, the Debtor was able to secure post-petition financing in the amount of $1.2 million, a vital step toward rehabilitation.

7. Despite the Debtor's ability to secure this financing, now four months after the filing of the petition, it has not made the needed repairs, the state of the Property has worsened, and the Debtor appears no closer to a sale of the Property than it was when the case was filed.

## ARUGMENT

8. While intervening events – the complete loss of power and emergency evacuation of tenants – have hindered the Debtor's ability to accomplish its

objectives, it remains that the Debtor is suffering continuing losses and incurring compounding administrative expenses. There appears no reasonable likelihood of rehabilitation.

***The Debtor is running out of money and is administratively insolvent.***

9. The original purpose for the post-petition financing was to make certain repairs to the Property as required by the City of Detroit, make utility deposits, pay for casualty insurance, and pay for other fees and expenses associated with the case.

10. The Debtor obtained insurance, paid the utility deposit and escrowed funds for the necessary repairs.

11. However, when the Property experienced a full power outage in December 2025, the Debtor's focus and use of the loan proceeds shifted to this emergency.

12. Despite some efforts to solve the power outage problem, the Debtor has been unable to recover. The tenants have been permanently displaced, the necessary repairs have not been made, and administrative expenses continue to mount.

13. The Debtor hasn't collected tenant rent since December, and the parking lot income (the Debtor's only other source of income) is minimal such that it is not sufficient to cover the Debtor's bare operating expenses.

14. Meanwhile, the Debtor's administrative expenses are increasing exponentially. In addition to the Debtor's professionals, it has incurred significant post-petition expenses associated with the power outage and tenant evacuation,

including most recently an estimate of $600,000 for the City of Detroit to assist in the moving of tenants' personal belongings.

15. The Debtor's financing is running out faster than projected and is being used for things not originally intended.

16. The Debtor is suffering substantial and continuing loss, and there is a diminution of the estate.

***The Debtor has not secured a viable offer for the purchase of the Property.***

17. The Debtor entered into a purchase agreement with a potential purchaser in mid-December.

18. Thereafter, the Debtor filed a motion asking the Court to approve an auction and bid procedure process. That motion was denied at a hearing on January 29, 2026. A new bid procedures or sale motion has not been filed.

19. The Debtor's attempts to sell the Property appear to be stagnant.

20. The sale of the Property is the cornerstone for its rehabilitation.

21. There is no reasonable likelihood that this Debtor will rehabilitate.

## **LEGAL AUTHORITY**

22. Under 11 U.S.C. § 1112(b)(1), the Court shall convert or dismiss a case under chapter 11, whichever is in the best interest of the estate, if the movant establishes cause.

23. Section 1112(b)(4) includes a non-exhaustive list of factors the Court may consider when determining if cause exists.

24. It is well established that, in determining whether cause exists under Section 1112(b), courts must engage in a "case-specific" factual inquiry which "focus[es] on the circumstances of each debtor." *See In re Creekside Sr. Apartments, L.P.*, 489 B.R. 51, 60 (B.A.P. 6th Cir. 2013), *citing United Savs. Ass'n of Tex. v. Timbers of Inwood Forest Assocs., Ltd. (In re Timbers of Inwood Forest Assocs., Ltd.),* 808 F.2d 363, 371–72 (5th Cir.1987) (en banc), *aff'd,* 484 U.S. 365, 108 S.Ct. 626, 98 L.Ed.2d 740 (1988); *In re Great Am. Pyramid Joint Venture,* 144 B.R. 780, 791 (Bankr.W.D.Tenn.1992). A "bankruptcy court has broad discretion to dismiss a Chapter 11 case under 11 U.S.C. § 1112(b)." *AMC Mortg. Co. v. Tenn. Dep't of Revenue (In re AMC Mortg. Co.),* 213 F.3d 917, 920 (6th Cir. 2000).

25. Among the enumerated factors under Section 1112(b)(4), cause includes a substantial or continuing loss to or diminution of the estate and the absence of a reasonable likelihood of rehabilitation. 11 U.S.C. § 1112(b)(4)(A).

## CONCLUSION

26. As stated above, the Debtor is suffering substantial, continuing losses, and there is a diminution of the estate. There is no reasonable likelihood of rehabilitation.

27. The purpose of chapter 11 is not served by continuing to languish. The Debtor's intended goals have not come to fruition. The stakeholders, including the post-petition financer, the City of Detroit, and the displaced tenants, are exposed to

substantial risk of loss.  The appropriate remedy at this stage of the case is dismissal and a return to the state court proceedings.

28. The United States Trustee sought but did not receive concurrence in the relief sought by this motion.

**WHEREFORE,** the United States Trustee requests that this Court enter an order pursuant to 11 U.S.C. § 1112(b) dismissing this case.

                                                Respectfully submitted,

                                                **ANDREW R. VARA**
                                                **UNITED STATES TRUSTEE**
                                                Region 9

By    /s/ Jill M. Gies
        Jill.Gies@usdoj.gov
        Trial Attorney
        Office of the U.S. Trustee
        211 West Fort St - Suite 700
        Detroit, Michigan 48226
        (313) 226-7999

Date: February 27, 2026

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:    Case No. 25-51190-mlo

Chapter 11

**Leland House Limited Partnership Co.,**

Hon. Maria L. Oxholm

Debtor.
_____/

## ORDER DISMISSING CASE

**THIS MATTER** came before the Court upon the Motion of the United States Trustee to dismiss the above-entitled proceeding. Notice was properly served to all parties in interest and no response was timely filed or served upon the United States Trustee. The Court is otherwise fully advised in the premises,

**NOW, THEREFORE,**

**IT IS ORDERED** that this case is hereby **DISMISSED**.

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:  Case No. 25-51190-mlo

Chapter 11

**Leland House Limited Partnership Co.,**

Hon. Maria L. Oxholm

    Debtor.

_____/

## NOTICE OF MOTION TO DISMISS CASE

The United States Trustee has filed papers with the court to dismiss this case.

**<u>Your rights may be affected.</u>** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the court to dismiss the case, or if you want the court to consider your views on the motion, **within 21 days**, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at:[1]

        U.S. Bankruptcy Court
        211 W. Fort Street
        Detroit, MI 48226

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to:   Jill M. Gies
                                      Office of the United States Trustee
                                      211 West Fort Street, Suite 700
                                      Detroit, MI 48226

---

[1] Response or answer must comply with F.R.Civ.P. 8(b), (c) and (e).

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

                                                    **ANDREW R. VARA**
**UNITED STATES TRUSTEE**
Region 9

By   /s/ Jill M. Gies
      Jill.Gies@usdoj.gov
      Trial Attorney
      Office of the U.S. Trustee
      211 West Fort St - Suite 700
      Detroit, Michigan 48226
      (313) 226-7999

Date: February 27, 2026

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:	Case No. 25-51190-mlo

**Leland House Limited Partnership Co.,**	Chapter 11

    Debtor.	Hon. Maria L. Oxholm
_____/

## CERTIFICATE OF SERVICE

    I hereby certify that on February 27, 2026, I electronically filed the documents identified in Paragraph 1 below using the ECF System, which will send notification of such filing to all counsel of record. I further certify that on February 27, 2026, I served copies as follows:

| | | |
|---|---|---|
| 1. | Documents Served: | *United States Trustee's Motion to Dismiss Case, Notice,* and *Certificate of Service* |
| 2. | Served Upon: | Leland House Limited Partnership Co.<br>400 Bagley St.<br>Detroit, MI 48226<br><br>and all parties on the attached mailing matrix |
| 3. | Method of Service: | First Class Mail |

                                            **ANDREW R. VARA**
                                            **UNITED STATES TRUSTEE**
                                            Regions 3 and 9

                          By:   <u>/s/ Denise M. White</u>
                                 Denise.M.White@usdoj.gov
                                 Senior Paralegal Specialist
                                 Office of the U.S. Trustee
                                 211 West Fort Street - Suite 700
                                 Detroit, Michigan 48226
                                 313.226.7999

Dated: February 27, 2026

```
Label Matrix for local noticing              ASTI                                        Bagley Corp
0645-2                                       10448 Ciatation Dr STE 100                  400 Bagley
Case 25-51190-mlo                            Brighton, MI 48116-6561                     Detroit, MI 48226-1303
Eastern District of Michigan
Detroit
Fri Feb 27 09:52:33 EST 2026

~~on W. Bank~~                               ~~Danielle Rushing Behrends~~               ~~Brendan G Best~~
~~Kerr, Russell and Weber, PLC~~             ~~Dykema Gossett PLLC~~                     ~~Varnum~~
~~500 Woodward Avenue~~                      ~~112 E. Pecan Ste. 1800~~                  ~~480 Pierce Street~~
~~Suite 500~~                                ~~San Antonio, TX 78205-1521~~              ~~Ste 300~~
~~Detroit, MI 48226-~~                                                                   ~~Birmingham, MI 48009-60~~

Bismar Lending                               Bureau of Employment Relations/Wage & Ho    Capital Impact Partners
1374 Rankin Dr                               Attn: Litigation Liaison   Jennifer Fiel    c/o Dykema Gossett PLLC
Troy, MI 48083-4007                          P.O. Box 30476                              Attn: Danielle Rushing Behrends
                                             Lansing, MI 48909-7976                      112 East Pecan Street
                                                                                         Suite 1800
                                                                                         San Antonio, TX 78205-1521

Capital Impact Partners                      Cinnaire                                    City of Detroit Com & Economic Dev Dept
1400 Crystal Drive Suite 500                 Kemeng Wang                                 2 Woodward Ave., Suite 808
Arlington, VA 22202-4166                     1118 S Washington Ave                       Detroit, MI 48226-3460
                                             Lansing, MI 48910-1659

City of Detroit Water and Sewer              ~~M. Cowley (UST)~~                         DONOVAN McCARTY P80907
735 Randolph Street                          ~~United States Trustee~~                   MICH. STATE UNIV. COLLEGE OF LAW
Detroit, MI 48226-2830                       ~~211 West ___ Street~~                     HOUSING JUSTICE CLINIC
                                             ~~Suite 700~~                               648 N. Shaw Ln.
                                             ~~Detroit, MI 48226-32~~                    East Lansing MI 48824-4406

DTE                                          Leland Prince DTE Energy Co                 Department of Treasury IRS
1 Energy Plaza                               DTE Energy Company                          500 Woodward Ave STE 10
Detroit, MI 48226-1221                       One Energy Plaza                            Detroit, MI 48226-3423
                                             1650-WCB
                                             Legal Department
                                             Detroit, MI 48226-1221

Detroit Water and Sewerage Department        Doug Taylor                                 ~~Patrick Anthony Foley~~
c/o Shermeta, Kilpatrick & Assoc., PLLC      22622 Sweet Meadow                          ~~18572 W. Outer Drive~~
615 Griswold, Suite 1305                     Mission Viejo, CA 92692-4702                ~~Dearborn, MI 48128-18~~
Detroit, MI 48226-3994

~~M. Gies (UST)~~                            ~~Robert A. Gold~~                          ~~Ryan D. Heilman~~
~~211 W. ___ St~~                            ~~Gold, ___ Majoros PC~~                    ~~Heilman ___ PLLC~~
~~Suite 700~~                                ~~24901 Northwestern Hwy.~~                 ~~40900 Woodward~~
~~Detroit, MI 48226-~~                       ~~Suite 444~~                               ~~Ste 100~~
                                             ~~Southfield, MI 48075-22~~                 ~~Bloomfield Hills, MI 48304-___~~

~~Mark W. Huskey~~                           Internal Revenue Service                    Invest Detroit
~~Varnum LLP~~                               Centralized Insolvency Operation            Mike Vieregge
~~333 Bridge St NW - Suite 1700~~            PO Box 7346                                 600 Renaissance Center Ste 1710
~~PO Box ___~~                               Philadelphia, PA 19101-7346                 Detroit, MI 48243-1810
~~Grand Rapids, MI 49501-0~~

John Maddox CPA 2024 returns                 John R. Foley, P.C.                         ~~ROY THORNBLADH~~
20750 Civic Center Dr Ste 418                Patrick A. Foley, Esq.                      ~~THORNBLADH LEGAL GROUP PLLC~~
Southfield, MI 48076-4132                    18572 W. Outer Drive.                       ~~730 Schaefer Rd~~
                                             Dearborn, MI 48128-1872                     ~~Dearborn MI 48126-49__~~
```

~~Ricardo I. Kilpatrick~~
~~Shermeta Kilpatrick & Associates, PLLC~~
~~P.O. Box 5016~~
~~Rochester, MI 48308~~

~~Anthony J. Kochis~~
~~Wolfson Bolton Kochis PLLC~~
~~880 West Long Lake Rd., Suite 420~~
~~Troy, MI 48098-4534~~

Kotz Sangster Wysocki
400 Renaissance Center
Suite 3400
Detroit, MI 48243-1618

Kotz Sangster Wysocki
36700 Woodward Ave Suite 202
Bloomfield Hills, MI 48304-0930

~~Kotz Sangster Wysocki~~
~~400 Renaissance Center, Suite 3400~~
~~Detroit, MI 48243-1618~~

Kraemer Design Group, LLC
1420 Broadway St.
Detroit, MI 48226-2163

LRM Construction
400 Bagley
Detroit, MI 48226-1303

Leland House Limited Partnership Company
400 Bagley St.
Detroit, MI 48226-1303

Leland House Tenant's Union
684 W. Baltimore St.
Suite 201
Detroit, MI 48202-2930

~~Danielle Love~~
~~Kerr Russell and Weber PLC~~
~~500 Woodward Ave~~
~~Ste #2500~~
~~Detroit, MI 48226~~

MATTHEW S. ERARD P81091
GOODMAN HURWITZ & JAMES P.C.
684 W. Baltimore St. Suite 201
Detroit MI 48202-2930

Michael Higgins Trust
400 Bagley
Detroit, MI 48226-1303

Michigan Department of Treasury
Third Party Withholding Unit
PO Box 307
Lansing, MI 48909

Michigan Department of Treasury Bankrupt
PO Box 30168
Lansing, MI 48909-7668

(p)STATE OF MICHIGAN UNEMPLOYMENT INSURANCE
ATTN BANKRUPTCY UNIT
3024 W GRAND BLVD
SUITE 12-100
DETROIT MI 48202-6024

~~Anthony James Miller~~
~~20700 Civic Center Drive~~
~~Suite 420~~
~~Southfield, MI 48076-4140~~

Murray Schlussel
1687 Thousand Oaks Blvd
Berkeley, CA 94707-1553

~~Osipov~~
~~Osipov Law, P.C.~~
~~20700 Civic Center Drive, Ste. 420~~
~~Southfield, MI 48076-4140~~

~~B. Oviatt~~
~~Shermeta, Kilpatrick & Associates, PLLC~~
~~P.O. Box 5016~~
~~Rochester, MI 48308~~

Patrick Boland
1849 Pond Run
Auburn Hills, MI 48326-2769

~~Leonard Prince~~
~~One Energy Plaza~~
~~Detroit, MI 48226-1221~~

~~Christopher Pullman~~
~~Wolfson Bolton Kochis PLLC~~
~~880 W. Long Lake Rd.~~
~~Ste. 420~~
~~Troy, MI 48098-4534~~

Robert Manna
1101 N Pontiac Trail
Walled Lake, MI 48390-3138

Robert Reilly
1500 chemin de Granet
AIX en Provence France, 13090

Small Business Administration
14925 Kingsport Rd.
Fort Worth, TX 76155-2243

Small Business Administration
PO Box 3918
09720-8000

~~Donald A. Spinner~~
~~150 West Jefferson~~
~~Suite 900~~
~~Detroit, MI 48226-4415~~

State of Michigan sales & withholding
2501 Coolidge Rd Ste 400
East Lansing, MI 48823-6352

~~N. Swanson~~
~~Miller Canfield Paddock and Stone, P.L.C~~
~~150 W. Jefferson~~
~~Suite 2500~~
~~Detroit, MI 48226-4415~~

~~Thornbladh~~
~~Thornbladh Legal Group, PLLC~~
~~7301 Schaefer~~
~~Dearborn, MI 48126-1425~~

| | | |
|---|---|---|
| U.S. Attorney<br>Attn: Civil Division<br>211 W. Fort St., Ste. 2001<br>Detroit, MI 48226-3220 | WAYNE COUNTY TREASURER<br>400 MONROE, 5TH FLOOR<br>DETROIT, MICHIGAN 48226-2964 | Wayne Cty Property Taxes<br>400 Monroe 5th floor<br>Detroit, MI 48226-2944 |
| William J. Yochim Jr.<br>30600 Telegraph Road<br>Suite 2175<br>Bingham Farms, MI 48025-4586 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

~~Michigan Unemployment Insurance Agency~~
~~Attn: Bankruptcy Unit~~
~~3024 West Grand Blvd, Ste 12-100~~
~~Detroit, MI 48202~~

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Arkist LLC | (u)Marcellos Bell | (u)Gregory Bockart |
| (u)City of Detroit, Michigan | (u)Detroit Downtown Dev Authority | (u)Detroit Tenants Union |
| (u)Detroit Water and Sewerage Department | (u)Kraemer Design Group, LLC | (u)Robert Manna |
| (u)Next Bridge Funding | (u)Robert Reilly | (u)Murray Schlussel |
| (u)Cordale Smith | (u)Daryl Stewart | (u)Andrew R. Vara |

(u)Wayne County Treasurer

End of Label Matrix
Mailable recipients 63
Bypassed recipients 16
Total 79