Form:nthrgBK

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 25−51190−mlo
Chapter: 11
Judge: Maria L. Oxholm

In Re: (NAME OF DEBTOR(S))
   Leland House Limited Partnership
   Company
   400 Bagley St.
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−2350236

## NOTICE OF HEARING TO BE HELD IN PERSON

PLEASE TAKE NOTICE that the HEARING to consider and act upon the following:

*181* − Motion Motion of the City of Detroit to Approve (A) Tenant Property Removal Procedures and (B) Administrative Expense Claim Filed by Creditor City of Detroit, Michigan (Swanson, Marc)

will be held on: 3/12/26 at 11:00 AM at Courtroom 1875, 211 West Fort St., Detroit, MI 48226

The objection deadline to the Motion to Approve is March 10, 2026 at 3:00 p.m. EST

Dated: 3/4/26

                BY THE COURT

                Todd M. Stickle, Clerk of Court
                U.S. Bankruptcy Court