# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

**LELAND HOUSE LIMITED
PARTNERSHIP COMPANY,**

Case No. 25-51190
Chapter 11
Hon. Maria L. Oxholm

    Debtor.

_____/

### <u>EXHIBIT - VARIANCE REPORT SHOWING BUDGET TO ACTUAL RESULTS</u>

    Leland House Limited Partnership Company ("<u>Debtor</u>"), through counsel,

provides the attached variance report showing Debtor's actual results against budgeted

results.

                Respectfully submitted,

                HEILMAN LAW PLLC

Dated: March 18, 2026      By:   /s/ Ryan D. Heilman
                Ryan D. Heilman (P63952)
                Attorneys for Debtor
                40900 Woodward Ave., Suite 100
                Bloomfield, MI 48304
                (248) 835-4745
                ryan@heilmanlaw.com

**Leland House Limited Partnership Company**
**Interim Order Cash Flow Forecast**
**Cumulative Budget-to-Actual**
Weeks of December 22, 2025 through March 8, 2026

|  | Budget | Actual | Variance | Explanation |
|---|---|---|---|---|
| **Cash Receipts** | | | | |
| Residential Rental Revenues (Net) | - | - | - | |
| Parking | 27,318 | 24,275 | 3,043 | |
| Draw Requests | 204,508 | 181,323 | 23,185 | Variance is largely due to timing as the Budget for the week of 12/22/25 included a draw for $19,200 and those funds were actually advanced on 12/19/25 in the amount of $25,092 |
| Subtotal | $ 231,826 | $ 205,598 | $ 26,228 | |
| **Cash Disbursements** | | | | |
| Accounting (Maddox - CPA For 2025 Tax Return) | - | - | - | |
| Accounting Fees (Bookkeeping) | 600 | 600 | - | |
| Automobile Expense | 4,456 | 4,456 | | |
| Bank fees | 140 | 264 | (124) | |
| Lender Draw Fees ($150 Doc, $45 Wire) | 1,170 | 975 | 195 | |
| Building Expenses | 1,500 | - | 1,500 | No repair & maintenance issues have occurred yet. |
| Cleaning Supplies | - | - | - | |
| Professional fees (no disbursements pending sale, but accruing) | - | - | - | |
| Elevator Maintenance Contract | 1,080 | 1,210 | (130) | Monthly rate increased in 2026. |
| Unit Heaters for Elevator Shaft (Escrowed as of 12/17/25) | - | - | - | |
| Elevator Repair (Escrowed as of 12/17/25) | 1,171 | 1,171 | (1) | |
| Exterior Repairs | - | - | - | |
| Lead Clearance (Escrowed as of 12/17/25) | - | - | - | |
| Fire Safety / Fire Alarm Inspection (Escrowed as of 12/17/25) | - | - | - | |
| Annual employee bonus ($75/employee avg) | 1,500 | 1,500 | - | |
| Bldg Insurance Expense | 40,133 | 40,132 | 0 | |
| Internet Services | - | - | - | |
| Liability Insurance Expense | 8,044 | 10,776 | (2,731) | An extra payment was made Feb 2, 2026. Apparently, Leland was behind by one month in payments and this catch up payment was not budgeted for. |
| Workers Comp Ins. | - | - | - | |
| Maintenance Supplies | - | - | - | |
| Office Expense | 265 | 204 | 61 | |
| Parking Expenses | 688 | 530 | 158 | |
| Property Taxes (Escrowed - to be released) | - | - | - | |
| Repairs & Maintenance | - | - | - | |
| Software & Computer | 1,400 | 2,267 | (867) | Predominantly due to a payment the week of 2/9 for $814.08 that was related to a one time annual Quickbooks charge, where our budget originally spread the cost throughout the year. The remaining variances were due to timing as actual charges for all programs were realized in same week. |
| Gas and other exp reimbursements | 3,740 | 4,120 | (380) | |
| Utilities - House Electric | - | - | - | |
| Utilities - Telephone Services | 1,171 | 855 | 316 | |
| Utilities Waste Removal | 900 | 1,686 | (786) | |
| Utilities - Water & Sewer (only current portion due) | 8,000 | - | 8,000 | Water has been off since early December. Although an invoice was received, a pymt will not be released. |
| Wages & Salary | 66,000 | 70,257 | (4,257) | Primarily due to not including 941 tax payments in the Budget of $4,564.12 for Nov14 thru Dec 19 payroll. This is partially offset by $2,284.56 of federal taxes that still need to be paid for prior periods which will occur on 2/20/26. Otherwise, payroll is less than budgeted |
| Miscellaneous/unexpected costs and expenses | 3,125 | 3,191 | (66) | Predominantly miscellaneous funds are unused - the debtor mistakenly forgot to include the cost of healh insurance of $542.86 per month, as well as the annual premium for worker's comp insurance of $1,584. |
| United States Trustee Fees | 3,000 | - | 3,000 | Awaiting Invoice |
| Testing of Electrical System | 15,000 | 15,000 | - | |
| Winterization & Bldg Preservation | 9,000 | 1,723 | 7,277 | Savings are due to material costs being lower than expected and doing much of the work with existing staff. |
| Building Security | 15,704 | 9,184 | 6,520 | Agreement is for less hours than budgeted on a weekly basis. |
| Adeequate Protection Pymt | 30,000 | 30,000 | - | |
| Subtotal | $ 217,788 | $ 200,101 | $ 17,687 | |

**DIP Lender Summary**

| | |
|---|---|
| Availabilty at Closing (12/17/25) | $ 969,228.50 |

**Loan Activity**

| | |
|---|---|
| Draw Request 12/19/25 | 27,092.31 |
| Draw Request 12/23/25 | 25,308.00 |
| Draw Request 1/14/26 | 57,864.00 |
| Draw Request 1/29/26 | 31,282.00 |
| Draw Request 2/11/26 | 36,975.00 |
| Payment by DIP Lender for Delinquent Taxes 2/18/26 | 513,402.69 |
| Draw Request 2/26/26 | 29,894.00 |
| **Total Debt Incurred** | **$ 721,818.00** |
| **DIP Funds Available** | **$ 247,410.50** |
| **Net cash available in DIP account as of March 8, 2026** | **$ 11,651.89** |

| | Budget 3/2/2026 | Actual 3/2/2026 | Variance | Explanation |
|---|---|---|---|---|
| Weeks Beginning | | | | |
| **Cash Receipts** | | | | |
| Residential Rental Revenues (Net) | - | - | - | |
| Parking | 2,309 | 2,685 | (376) | Generated less than expected |
| Draw Requests | - | - | - | |
| Subtotal | $ 2,309 | $ 2,685 | $ (376) | |
| | | | | |
| **Cash Disbursements** | | | | |
| Accounting (Maddox - CPA For 2025 Tax Return) | - | - | - | |
| Accounting Fees (Bookkeeping) | - | - | - | |
| Automobile Expense | - | - | - | The original budget contemplated one monthly payment of $1,114 in the 3rd week of each month. However, payments occur weekly for the first 3 weeks in the amounts of $345, $452 and $317. |
| Bank fees | - | - | - | |
| Lender Draw Fees ($150 Doc, $45 Wire) | - | - | - | |
| Building Expenses | 500 | - | 500 | |
| Cleaning Supplies | - | - | - | |
| Professional fees (no disbursements pending sale, but accruing) | - | - | - | |
| Elevator Maintenance Contract | - | - | - | |
| Unit Heaters for Elevator Shaft (Escrowed as of 12/17/25) | - | - | - | |
| Elevator Repair (Escrowed as of 12/17/25) | - | - | - | |
| Exterior Repairs | - | - | - | |
| Lead Clearance (Escrowed as of 12/17/25) | - | - | - | |
| Fire Safety / Fire Alarm Inspection (Escrowed as of 12/17/25) | - | - | - | |
| Annual employee bonus ($75/employee avg) | - | - | - | |
| Bldg Insurance Expense | - | - | - | |
| Internet Services | - | - | - | |
| Liability Insurance Expense | - | - | - | |
| Workers Comp Ins. | | - | - | |
| Maintenance Supplies | - | - | - | |
| Office Expense | - | 26 | (26) | For bank checks related to DIP account |
| Parking Expenses | - | - | - | |
| Property Taxes (Escrowed - to be released) | - | - | - | |
| Repairs & Maintenance | - | - | - | |
| Software & Computer | 32 | 21 | 11 | |
| Gas and other exp reimbursements | 220 | 220 | - | |
| Utilities - House Electric | - | - | | |
| Utilities - Telephone Services | - | - | - | Invoice is not available until 3/4. Will be paid next week |
| Utilities Waste Removal | - | - | - | |
| Utilities - Water & Sewer (only current portion due) | - | - | - | |
| Wages & Salary | 6,000 | 5,802 | 198 | |
| Miscellaneous/unexpected costs and expenses | 125 | - | 125 | Not needed |
| United States Trustee Fees | - | - | - | |
| Testing of Electrical System | - | - | - | |
| Winterization & Bldg Preservation | - | - | - | |
| Building Security | 1,963 | 1,568 | 395 | Agreement is for less hours than budgeted |
| Adeequate Protection Pymt | - | - | - | |
| Subtotal | $ 8,840 | $ 7,637 | $ 1,203 | |

**Leland House Limited Partnership Company**
**Interim Order Cash Flow Forecast**
**Cumulative Budget-to-Actual**
Weeks of December 22, 2025 through March 15, 2026

| | Budget | Actual | Variance | Explanation |
|---|---|---|---|---|
| **Cash Receipts** | | | | |
| Residential Rental Revenues (Net) | - | - | - | |
| Parking | 29,627 | 25,425 | 4,202 | |
| Draw Requests | 250,008 | 218,736 | 31,272 | Variance is largely due to timing as the Budget for the week of 12/22/25 included a draw for $19,200 and those funds were actually advanced on 12/19/25 in the amount of $25,092 |
| Subtotal | $ 279,635 | $ 244,161 | $ 35,474 | |
| | | | | |
| **Cash Disbursements** | | | | |
| Accounting (Maddox - CPA For 2025 Tax Return) | - | - | - | |
| Accounting Fees (Bookkeeping) | 600 | 600 | - | |
| Automobile Expense | 4,456 | 4,456 | - | |
| Bank fees | 210 | 264 | (54) | |
| Lender Draw Fees ($150 Doc, $45 Wire) | 1,365 | 1,170 | 195 | |
| Building Expenses | 1,500 | - | 1,500 | No repair & maintenance issues have occurred yet. |
| Cleaning Supplies | - | - | - | |
| Professional fees (no disbursements pending sale, but accruing) | - | - | - | |
| Elevator Maintenance Contract | 1,080 | 1,210 | (130) | Monthly rate increased in 2026. |
| Unit Heaters for Elevator Shaft (Escrowed as of 12/17/25) | - | - | - | |
| Elevator Repair (Escrowed as of 12/17/25) | 1,171 | 1,171 | (1) | |
| Exterior Repairs | - | - | - | |
| Lead Clearance (Escrowed as of 12/17/25) | - | - | - | |
| Fire Safety / Fire Alarm Inspection (Escrowed as of 12/17/25) | - | - | - | |
| Annual employee bonus ($75/employee avg) | 1,500 | 1,500 | - | |
| Bldg Insurance Expense | 40,133 | 40,132 | 0 | |
| Internet Services | - | - | - | |
| Liability Insurance Expense | 8,044 | 10,776 | (2,731) | An extra payment was made Feb 2, 2026. Apparently, Leland was behind by one month in payments and this catch up payment was not budgeted for. |
| Workers Comp Ins. | - | - | - | |
| Maintenance Supplies | - | - | - | |
| Office Expense | 265 | 204 | 61 | |
| Parking Expenses | 860 | 642 | 218 | |
| Property Taxes (Escrowed - to be released) | - | - | - | |
| Repairs & Maintenance | - | - | - | |
| Software & Computer | 1,801 | 2,773 | (972) | Predominantly due to a payment the week of 2/9 for $814.08 that was related to a one time annual Quickbooks charge, where our budget originally spread the cost throughout the year. The remaining variances were due to timing as actual charges for all programs were realized in same week. |
| Gas and other exp reimbursements | 3,960 | 4,340 | (380) | |
| Utilities - House Electric | - | - | - | |
| Utilities - Telephone Services | 1,171 | 855 | 316 | |
| Utilities Waste Removal | 900 | 1,686 | (786) | |
| Utilities - Water & Sewer (only current portion due) | 8,000 | - | 8,000 | Water has been off since early December. Although an invoice was received, a pymt will not be released. |
| Wages & Salary | 72,000 | 76,060 | (4,060) | Primarly due to not including 941 tax payments in the Budget of $4,564.12 for Nov14 thru Dec 19 payroll. This is partially offset by $2,284.56 of federal taxes that still need to be paid for prior periods which will occur on 2/20/26. Otherwise, payroll is less than budgeted |
| Miscellaneous/unexpected costs and expenses | 3,663 | 3,734 | (71) | Predominantly miscellaneous funds are unused - the debtor mistakenly forgot to include the cost of healh insurance of $542.86 per month, as well as the annual premium for worker's comp insurance of $1,584. |
| United States Trustee Fees | 3,000 | - | 3,000 | Awaiting Invoice |
| Testing of Electrical System | 15,000 | 15,000 | - | |
| Winterization & Bldg Preservation | 9,000 | 1,723 | 7,277 | Savings are due to material costs being lower than expected and doing much of the work with existing staff. |
| Building Security | 17,272 | 10,752 | 6,520 | Agreement is for less hours than budgeted on a weekly basis. |
| Adeequate Protection Pymt | 30,000 | 30,000 | - | |
| Subtotal | $ 226,951 | $ 209,046 | $ 17,905 | |

**DIP Lender Summary**

| | | |
|---|---|---|
| Availabilty at Closing (12/17/25) | $ | 969,228.50 |
| **Loan Activity** | | |
| Draw Request 12/19/25 | | 27,092.31 |
| Draw Request 12/23/25 | | 25,308.00 |
| Draw Request 1/14/26 | | 57,864.00 |
| Draw Request 1/29/26 | | 31,282.00 |
| Draw Request 2/11/26 | | 36,975.00 |
| Payment by DIP Lender for Delinquent Taxes 2/18/26 | | 513,402.69 |
| Draw Request 2/26/26 | | 29,894.00 |
| Draw Request 3/12/26 | | 37,413.00 |
| **Total Debt Incurred** | $ | **759,231.00** |
| **DIP Funds Available** | $ | **209,997.50** |
| **Net cash available in DIP account as of March 15, 2026** | $ | **47,487.00** |

**Leland House Limited Partnership Company**

Interim Order Cash Flow Forecast

Budget-to-Actual Reporting

Week of March 9, 2026 through March 15, 2026

| | Budget | Actual | Variance | Explanation |
|---|---|---|---|---|
| Weeks Beginning | 3/9/2026 | 3/9/2026 | | |
| **Cash Receipts** | | | | |
| Residential Rental Revenues (Net) | - | - | - | |
| Parking | 2,309 | 1,150 | 1,159 | Generated less than expected |
| Draw Requests | 45,500 | 37,413 | 8,087 | |
| Subtotal | $ 47,809 | $ 38,563 | $ 9,246 | |
| | | | | |
| **Cash Disbursements** | | | | |
| Accounting (Maddox - CPA For 2025 Tax Return) | - | - | - | |
| Accounting Fees (Bookkeeping) | - | - | - | |
| Automobile Expense | - | - | - | The original budget contemplated one monthly payment of $1,114 in the 3rd week of each month. However, payments occur weekly for the first 3 weeks in the amounts of $345, $452 and $317. However, beginning in March the payments will be made at once in accordance with the original budget. |
| Bank fees | 70 | - | 70 | |
| Lender Draw Fees ($150 Doc, $45 Wire) | 195 | 195 | - | |
| Building Expenses | - | - | - | |
| Cleaning Supplies | - | - | - | |
| Professional fees (no disbursements pending sale, but accruing) | - | - | - | |
| Elevator Maintenance Contract | - | - | - | |
| Unit Heaters for Elevator Shaft (Escrowed as of 12/17/25) | - | - | - | |
| Elevator Repair (Escrowed as of 12/17/25) | - | - | - | |
| Exterior Repairs | - | - | - | |
| Lead Clearance (Escrowed as of 12/17/25) | - | - | - | |
| Fire Safety / Fire Alarm Inspection (Escrowed as of 12/17/25) | - | - | - | |
| Annual employee bonus ($75/employee avg) | - | - | - | |
| Bldg Insurance Expense | - | - | - | |
| Internet Services | - | - | - | |
| Liability Insurance Expense | - | - | - | |
| Workers Comp Ins. | | - | - | |
| Maintenance Supplies | - | - | - | |
| Office Expense | - | - | - | |
| Parking Expenses | 172 | 111 | 61 | |
| Property Taxes (Escrowed - to be released) | - | - | - | |
| Repairs & Maintenance | - | - | - | |
| Software & Computer | 400 | 506 | (105) | Ck #100443 Quickbooks $148.40, Rent manager $105.33 & covercy $252 |
| Gas and other exp reimbursements | 220 | 220 | - | |
| Utilities - House Electric | - | - | - | |
| Utilities - Telephone Services | - | - | - | |
| Utilities Waste Removal | - | - | - | |
| Utilities - Water & Sewer (only current portion due) | - | - | - | |
| Wages & Salary | 6,000 | 5,802 | 198 | |
| Miscellaneous/unexpected costs and expenses | 538 | 543 | (5) | |
| United States Trustee Fees | - | - | - | |
| Testing of Electrical System | - | - | - | |
| Winterization & Bldg Preservation | - | - | - | |
| Building Security | 1,568 | 1,568 | - | Agreement is for less hours than budgeted |
| Adeequate Protection Pymt | - | - | - | |
| Subtotal | $ 9,163 | $ 8,945 | $ 218 | |