**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 25−51190−mlo
Chapter: 11
Judge: Maria L. Oxholm

In Re: (NAME OF DEBTOR(S))
Leland House Limited Partnership
Company
400 Bagley St.
Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
38−2350236

## NOTICE OF HEARING TO BE HELD IN PERSON

PLEASE TAKE NOTICE that the HEARING to consider and act upon the following:

*197* − Motion for 2004 Examination AND PRODUCTION OF DOCUMENTS FROM LELAND HOUSE LIMITED PARTNERSHIP COMPANY, THE CITY OF DETROIT, DTE ENERGY COMPANY, ARKIST LLC, AND NEXT BRIDGE FUNDING LLC (including Proposed Order, Notice, Brief in Support, and Proof of Service), Filed by Interested Party Detroit Tenants Union (Foley, Patrick)

will be held on: 4/16/26 at 11:00 AM at Courtroom 1875, 211 West Fort St., Detroit, MI 48226

Dated: 3/20/26

BY THE COURT

Todd M. Stickle, Clerk of Court
U.S. Bankruptcy Court