**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION – DETROIT**

**In re:**

|  |  |
|---|---|
| **LELAND HOUSE LIMITED PARTNERSHIP COMPANY,** | Case No. 25-51190<br>Chapter 11<br>Hon. Maria L. Oxholm |

    Debtor.

_____/

**ARKIST LLC'S OBJECTION TO DETROIT TENANTS UNION'S MOTION FOR RULE 2004 EXAMINATION AND PRODUCTION OF DOCUMENTS FROM LELAND HOUSE LIMITED PARTNERSHIP COMPANY, THE CITY OF DETROIT, DTE ENERGY COMPANY, <u>ARKIST LLC, AND NEXT BRIDGE FUNDING, LLC</u>**

Arkist LLC ("Arkist"), by and through its counsel, Varnum LLP, for its objection to Detroit Tenants Union's ("DTU") *Motion for Rule 2004 Examination and Production of Documents from Leland House Limited Partnership Company, the City of Detroit, DTE Energy Company, Arkist LLC, and Next Bridge Funding, LLC* [ECF No. 197] (the "2004 Motion") states as follows:

1. Arkist objects to the 2004 Motion for the reasons set forth in Debtor's objection to the 2004 Motion [*see* ECF No. 224] and incorporates said objection as if fully set forth herein.

2. Arkist furthermore objects to the 2004 Motion for the reasons set forth in its reply [ECF No. 197] (the "Reply") in support of Debtor's *Renewed Motion for Entry of Order (A) Authorizing an Auction Sale of Debtor's Building, (B) Establishing Bidding Procedures, (C) Approving a Stalking Horse Agreement, and (D) Scheduling a Sale Hearing* at paragraphs 18 – 24 of the Reply, and also incorporates those objections as if fully set forth herein.

WHEREFORE, Arkist respectfully requests that this Honorable Court sustain this objection and deny the relief requested in the 2004 Motion and grant such other relief as is just and equitable under the circumstances.

Dated: March 26, 2026

Respectfully submitted,

VARNUM LLP

By: */s/ Brendan G. Best*
BRENDAN G. BEST (P66370)
480 Pierce Street, Suite 300
Birmingham, MI 48009
(248) 567-7800
bgbest@varnumlaw.com
*Attorney for Party in Interest*
*Arkist LLC*

2