**In re:**

|  |  |
|---|---|
|  | Case No. 25-51190 |
| **LELAND HOUSE LIMITED** | Chapter 11 |
| **PARTNERSHIP COMPANY,** | Hon. Maria L. Oxholm |

      Debtor.

_____/

## CERTIFICATE OF NO RESPONSE

I, Ryan D. Heilman, hereby certify that on March 27, 2026 I caused the Debtor's Motion to Reject Property Management Agreement and Option Agreement ("<u>Motion to Reject Management and Option Agreement</u>", [ECF No. 234] to be filed with the Court's Electronic Case Filing (ecf) system, so that the Motion is publicly available via the ecf system, and the ecf system delivered the Report to all persons that have filed appearances in this case, including counsel for 400 Bagley St LLC, the counter-party to the management and option agreements that Debtor seeks to reject. A Certificate of Service was filed on March 30, 2026 [ECF # 238].

I further certify that as of the date of this certification, no responses or objections to the Motion were filed or served on the undersigned.

Therefore, Debtor requests that the Court enter the proposed Order attached as Exhibit 1 to the Motion.

      Respectfully submitted,

      HEILMAN LAW PLLC

Dated: May 4, 2026       By:  /s/ Ryan D. Heilman      
                    Ryan D. Heilman (P63952)
                    Attorney for Debtor
                    40900 Woodward Ave., Suite 100
                    Bloomfield, MI 48304
                    (248) 835-4745
                    ryan@heilmanlaw.com

**Exhibit 1 – Proposed Order**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**In re:**

**LELAND HOUSE LIMITED
PARTNERSHIP COMPANY,**

       Debtor.

_____/

Case No. 25-51190
Chapter 11
Hon. Maria L. Oxholm

## ORDER REJECTING PROPERTY MANAGEMENT
## AGREEMENT AND OPTION AGREEMENT

The Court has reviewed the Debtor's Motion ("Motion") seeking to reject a property management agreement and an option agreement between Debtor and 400 Bagley St, LLC; and the Court being fully advised in the premises;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1.    The Motion is granted as set forth in this Order.

2.    The Property Management Agreement and the Option Agreement between Debtor and 400 Bagley St, LLC are rejected.