**In re:**

|  |  |
|---|---|
| **LELAND HOUSE LIMITED PARTNERSHIP COMPANY,** | Case No. 25-51190 <br> Chapter 11 <br> Hon. Maria L. Oxholm |
|  Debtor. |  |

_____/

<u>**EXHIBIT - VARIANCE REPORT SHOWING BUDGET TO ACTUAL RESULTS**</u>

Leland House Limited Partnership Company ("<u>Debtor</u>"), through counsel,

provides the attached variance reports showing Debtor's actual results against

budgeted results for the week of April 20, 2026.

Respectfully submitted,

HEILMAN LAW PLLC

Dated: May 1, 2026

By: /s/ Ryan D. Heilman
Ryan D. Heilman (P63952)
Attorneys for Debtor
40900 Woodward Ave., Suite 100
Bloomfield, MI 48304
(248) 835-4745
ryan@heilmanlaw.com

| | Budget | Actual | Variance | Explanation |
|---|---|---|---|---|
| **Cash Receipts** | | | | |
| Residential Rental Revenues (Net) | - | - | - | |
| Parking | 43,484 | 37,525 | 5,959 | there are currently 3 weeks of receipts that have yet to be deposited which will be deposited the week of April 20, 2026. |
| Draw Requests | 347,008 | 298,098 | 48,910 | Variance is largely due to timing as the Budget for the week of 12/22/25 included a draw for $19,200 and those funds were actually advanced on 12/19/25 in the amount of $25,092 |
| Subtotal | $ 390,492 | $ 335,623 | $ 54,869 | |
| | | | | |
| **Cash Disbursements** | | | | |
| Accounting (Maddox - CPA For 2025 Tax Return) | 12,500 | 12,500 | - | |
| Accounting Fees (Bookkeeping) | 600 | 600 | - | |
| Automobile Expense | 5,570 | 5,570 | - | |
| Bank fees | 280 | 385 | (105) | |
| Lender Draw Fees ($150 Doc, $45 Wire) | 1,950 | 1,560 | 390 | |
| Building Expenses | 2,000 | - | 2,000 | No repair & maintenance issues have occurred yet. |
| Cleaning Supplies | - | - | - | |
| Professional fees (no disbursements pending sale, but accruing) | - | - | - | |
| Elevator Maintenance Contract | 1,620 | 1,829 | (209) | Monthly rate increased in 2026. |
| Unit Heaters for Elevator Shaft (Escrowed as of 12/17/25) | - | - | - | |
| Elevator Repair (Escrowed as of 12/17/25) | 1,171 | 1,171 | (1) | |
| Exterior Repairs | - | - | - | |
| Lead Clearance (Escrowed as of 12/17/25) | - | - | - | |
| Fire Safety / Fire Alarm Inspection (Escrowed as of 12/17/25) | 9,000 | - | 9,000 | Annual fire alarm and stand pipe inspeciton reports that were budgeted for prior to the building shutting down. |
| Annual employee bonus ($75/employee avg) | 3,000 | 1,500 | 1,500 | $1,500 was mistakenly included in the budget. No funds were distributed to employees for anything other than standard payroll. |
| Bldg Insurance Expense | 80,265 | 80,265 | 1 | |
| Internet Services | - | - | - | |
| Liability Insurance Expense | 10,726 | 13,467 | (2,741) | An extra payment was made Feb 2, 2026. Apparently, Leland was behind by one month in payments and this catch up payment was not budgeted for. |
| Workers Comp Ins. | - | - | - | |
| Maintenance Supplies | - | - | - | |
| Office Expense | 365 | 204 | 161 | |
| Parking Expenses | 1,032 | 753 | 279 | |
| Property Taxes (Escrowed - to be released) | - | - | - | |
| Repairs & Maintenance | - | - | - | |
| Software & Computer | 2,233 | 3,300 | (1,066) | Predominantly due to a payment the week of 2/9 for $814.08 that was related to a one time annual Quickbooks charge, where our budget originally spread the cost throughout the year. The remaining variances were due to timing as actual charges for all programs were realized in same week. |
| Gas and other exp reimbursements | 5,280 | 5,660 | (380) | |
| Utilities - House Electric | - | - | - | |
| Utilities - Telephone Services | 1,562 | 1,215 | 347 | |
| Utilities Waste Removal | 1,800 | 1,686 | 114 | |
| Utilities - Water & Sewer (only current portion due) | 8,000 | - | 8,000 | Water has been off since early December. Although an invoice was received, a pymt will not be released. |
| Wages & Salary | 108,000 | 111,080 | (3,080) | Primarily due to not including 941 tax payments in the Budget of $4,564.12 for Nov14 thru Dec 19 payroll. This is partially offset by $2,284.56 of federal taxes that still need to be paid for prior periods which will occur on 2/20/26. Otherwise, payroll is less than budgeted |
| Miscellaneous/unexpected costs and expenses | 5,989 | 5,440 | 548 | Predominantly miscellaneous funds are unused - the debtor mistakenly forgot to include the cost of health insurance of $542.86 per month, as well as the annual premium for worker's comp insurance of $1,584. |
| United States Trustee Fees | 3,000 | - | 3,000 | Awaiting Invoice |
| Testing of Electrical System | 15,000 | 15,000 | - | |
| Winterization & Bldg Preservation | 12,000 | 1,723 | 10,277 | Savings are due to material costs being lower than expected and doing much of the work with existing staff. |
| Building Security | 28,656 | 20,132 | 8,524 | Agreement is for less hours than budgeted on a weekly basis. |
| Adeequate Protection Pymt | 40,000 | 40,000 | - | |
| Subtotal | $ 361,598 | $ 325,040 | $ 36,558 | |

### DIP Lender Summary

| | |
|---|---|
| Availabilty at Closing (12/17/25) | $ 969,228.50 |

**Loan Activity**

| | |
|---|---|
| Draw Request 12/19/25 | 27,092.31 |
| Draw Request 12/23/25 | 25,308.00 |
| Draw Request 1/14/26 | 57,864.00 |
| Draw Request 1/29/26 | 31,282.00 |
| Draw Request 2/11/26 | 36,975.00 |
| Payment by DIP Lender for Delinquent Taxes 2/18/26 | 513,402.69 |
| Draw Request 2/26/26 | 29,894.00 |
| Draw Request 3/12/26 | 37,413.00 |
| Draw Request 3/25/26 | 42,112.00 |
| Draw Request 4/8/26 | 37,250.00 |
| **Total Debt Incurred** | **$ 838,593.00** |
| **DIP Funds Available** | **$ 130,635.50** |
| **Net cash available in DIP account as of April 26, 2026** | **$ 23,225.09** |

| | Budget | Actual | Variance | Explanation |
|---|---|---|---|---|
| Weeks Beginning | 4/20/2026 | 4/20/2026 | | |
| **Cash Receipts** | | | | |
| Residential Rental Revenues (Net) | - | - | - | |
| Parking | 2,309 | 7,590 | (5,281) | Represents the last 3 weeks of deposits |
| Draw Requests | 25,000 | - | 25,000 | Draw not necessary due to cash on hand from parking. |
| Subtotal | $ 27,309 | $ 7,590 | $ 19,719 | |
| | | | | |
| **Cash Disbursements** | | | | |
| Accounting (Maddox - CPA For 2025 Tax Return) | - | - | - | |
| Accounting Fees (Bookkeeping) | - | - | - | |
| Automobile Expense | - | - | - | The original budget contemplated one monthly payment of $1,114 in the 3rd week of each month.  However, payments occur weekly for the first 3 weeks in the amounts of $345, $452 and $317. However, beginning in March the payments will be made at once in accordance with the original budget. |
| Bank fees | - | - | - | |
| Lender Draw Fees ($150 Doc, $45 Wire) | - | - | - | |
| Building Expenses | - | - | - | |
| Cleaning Supplies | - | - | - | |
| Professional fees (no disbursements pending sale, but accruing) | - | - | - | |
| Elevator Maintenance Contract | - | - | - | |
| Unit Heaters for Elevator Shaft (Escrowed as of 12/17/25) | - | - | - | |
| Elevator Repair (Escrowed as of 12/17/25) | - | - | - | |
| Exterior Repairs | - | - | - | |
| Lead Clearance (Escrowed as of 12/17/25) | - | - | - | |
| Fire Safety / Fire Alarm Inspection (Escrowed as of 12/17/25) | - | - | - | |
| Annual employee bonus ($75/employee avg) | - | - | - | |
| Bldg Insurance Expense | - | - | - | |
| Internet Services | - | - | - | |
| Liability Insurance Expense | - | - | - | |
| Workers Comp Ins. | - | - | - | |
| Maintenance Supplies | - | - | - | |
| Office Expense | - | - | - | |
| Parking Expenses | - | - | - | |
| Property Taxes (Escrowed - to be released) | - | - | - | |
| Repairs & Maintenance | - | - | - | |
| Software & Computer | - | - | - | |
| Gas and other exp reimbursements | 220 | 220 | - | |
| Utilities - House Electric | - | - | - | |
| Utilities - Telephone Services | - | - | - | |
| Utilities Waste Removal | - | - | - | No waste services needed |
| Utilities - Water & Sewer (only current portion due) | - | - | - | |
| Wages & Salary | 6,000 | 5,837 | 163 | |
| Miscellaneous/unexpected costs and expenses | 1,151 | 1,151 | - | $543 for healthcare insurance originally not budgeted for. |
| United States Trustee Fees | - | - | - | |
| Testing of Electrical System | - | - | - | |
| Winterization & Bldg Preservation | - | - | - | |
| Building Security | 1,568 | 1,568 | - | |
| Adeequate Protection Pymt | - | - | - | |
| Subtotal | $ 8,939 | $ 8,775 | $ 163 | |

| | Budget | Actual | Variance | Explanation |
|---|---|---|---|---|
| Weeks Beginning | 4/13/2026 | 4/13/2026 | | |
| **Cash Receipts** | | | | |
| Residential Rental Revenues (Net) | - | - | - | |
| Parking | 2,309 | - | 2,309 | cash was received but a deposit wasn't made |
| Draw Requests | - | - | - | |
| Subtotal | $ 2,309 | $ - | $ 2,309 | |
| | | | | |
| **Cash Disbursements** | | | | |
| Accounting (Maddox - CPA For 2025 Tax Return) | 2,500 | 2,500 | - | |
| Accounting Fees (Bookkeeping) | - | | - | |
| Automobile Expense | - | | - | The original budget contemplated one monthly payment of $1,114 in the 3rd week of each month. However, payments occur weekly for the first 3 weeks in the amounts of $345, $452 and $317. However, beginning in March the payments will be made at once in accordance with the original budget. |
| Bank fees | 70 | 121 | (51) | |
| Lender Draw Fees ($150 Doc, $45 Wire) | 195 | | 195 | |
| Building Expenses | - | | - | |
| Cleaning Supplies | - | | - | |
| Professional fees (no disbursements pending sale, but accruing) | - | | - | |
| Elevator Maintenance Contract | 270 | 310 | (40) | |
| Unit Heaters for Elevator Shaft (Escrowed as of 12/17/25) | - | | - | |
| Elevator Repair (Escrowed as of 12/17/25) | - | | - | |
| Exterior Repairs | - | | - | |
| Lead Clearance (Escrowed as of 12/17/25) | - | | - | |
| Fire Safety / Fire Alarm Inspection (Escrowed as of 12/17/25) | - | | - | |
| Annual employee bonus ($75/employee avg) | - | | - | |
| Bldg Insurance Expense | 20,066 | 20,066 | - | |
| Internet Services | - | | - | |
| Liability Insurance Expense | - | | - | |
| Workers Comp Ins. | - | | - | |
| Maintenance Supplies | - | | - | |
| Office Expense | - | | - | |
| Parking Expenses | 172 | 111 | 61 | |
| Property Taxes (Escrowed - to be released) | - | | - | |
| Repairs & Maintenance | - | | - | |
| Software & Computer | 148 | 252 | (104) | |
| Gas and other exp reimbursements | 220 | 220 | - | |
| Utilities - House Electric | - | | - | |
| Utilities - Telephone Services | - | | - | |
| Utilities Waste Removal | 450 | - | 450 | No waste services needed |
| Utilities - Water & Sewer (only current portion due) | - | | - | |
| Wages & Salary | 6,000 | 5,837 | 163 | |
| Miscellaneous/unexpected costs and expenses | 675 | 543 | 132 | $543 for healthcare insurance originally not budgeted for. |
| United States Trustee Fees | - | | - | |
| Testing of Electrical System | - | | - | |
| Winterization & Bldg Preservation | - | | - | |
| Building Security | 1,568 | 1,540 | 28 | |
| Adeequate Protection Pymt | - | | - | |
| Subtotal | $ 32,335 | $ 31,500 | $ 835 | |

| | Budget 4/6/2026 | Actual 4/6/2026 | Variance | Explanation |
|---|---|---|---|---|
| Weeks Beginning | | | | |
| **Cash Receipts** | | | | |
| Residential Rental Revenues (Net) | - | - | - | |
| Parking | 2,309 | - | 2,309 | cash was received but a deposit wasn't made |
| Draw Requests | 33,500 | 37,250 | (3,750) | |
| Subtotal | $ 35,809 | $ 37,250 | $ (1,441) | |
| | | | | |
| **Cash Disbursements** | | | | |
| Accounting (Maddox - CPA For 2025 Tax Return) | - | | - | |
| Accounting Fees (Bookkeeping) | - | | - | |
| Automobile Expense | - | | - | The original budget contemplated one monthly payment of $1,114 in the 3rd week of each month. However, payments occur weekly for the first 3 weeks in the amounts of $345, $452 and $317. However, beginning in March the payments will be made at once in accordance with the original budget. |
| Bank fees | - | | - | |
| Lender Draw Fees ($150 Doc, $45 Wire) | 195 | 195 | - | |
| Building Expenses | - | | - | |
| Cleaning Supplies | - | | - | |
| Professional fees (no disbursements pending sale, but accruing) | - | | - | |
| Elevator Maintenance Contract | - | | - | |
| Unit Heaters for Elevator Shaft (Escrowed as of 12/17/25) | - | | - | |
| Elevator Repair (Escrowed as of 12/17/25) | - | | - | |
| Exterior Repairs | - | | - | |
| Lead Clearance (Escrowed as of 12/17/25) | - | | - | |
| Fire Safety / Fire Alarm Inspection (Escrowed as of 12/17/25) | - | | - | |
| Annual employee bonus ($75/employee avg) | - | | - | |
| Bldg Insurance Expense | - | | - | |
| Internet Services | - | | - | |
| Liability Insurance Expense | - | | - | |
| Workers Comp Ins. | | | - | |
| Maintenance Supplies | - | | - | |
| Office Expense | - | | - | |
| Parking Expenses | | | - | |
| Property Taxes (Escrowed - to be released) | - | | - | |
| Repairs & Maintenance | - | | - | |
| Software & Computer | 284 | 275 | 9 | |
| Gas and other exp reimbursements | 220 | 220 | - | |
| Utilities - House Electric | - | | - | |
| Utilities - Telephone Services | - | | - | |
| Utilities Waste Removal | - | | - | |
| Utilities - Water & Sewer (only current portion due) | - | | - | |
| Wages & Salary | 6,000 | 5,837 | 163 | |
| Miscellaneous/unexpected costs and expenses | 125 | 13 | 112 | |
| United States Trustee Fees | - | | - | |
| Testing of Electrical System | - | | - | |
| Winterization & Bldg Preservation | - | | - | |
| Building Security | 1,963 | 1,568 | 395 | Agreement is for less hours than budgeted |
| Adeequate Protection Pymt | - | | - | |
| Subtotal | $ 8,787 | $ 8,107 | $ 680 | |