**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**In re:**

|  |  |
|---|---|
| **LELAND HOUSE LIMITED**<br>**PARTNERSHIP COMPANY,** | Case No. 25-51190<br>Chapter 11<br>Hon. Maria L. Oxholm |

    Debtor.

_____/

**ORDER REJECTING PROPERTY MANAGEMENT**
**AGREEMENT AND OPTION AGREEMENT**

The Court has reviewed the Debtor's Motion ("Motion") seeking to reject a property management agreement and an option agreement between Debtor and 400 Bagley St, LLC; and the Court being fully advised in the premises;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1.    The Motion is granted as set forth in this Order.

2.    The Property Management Agreement and the Option Agreement between Debtor and 400 Bagley St, LLC are rejected.

**Signed on May 4, 2026**



/s/ Maria L. Oxholm
_____

**Maria L. Oxholm**
**United States Bankruptcy Judge**