**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**In re:**

**LELAND HOUSE LIMITED**
**PARTNERSHIP COMPANY,**

Debtor.
_____/

Case No. 25-51190
Chapter 11
Hon. Maria L. Oxholm

**CERTIFICATE OF SERVICE**

I, Ryan D. Heilman, hereby certify that:

On May 22, 2026, I caused a copy of the following to be filed with the Court via the Court's Electronic Case Filing (ecf) system:

- Notice of Presentment of Order Under Seven-Day Rule Pursuant to Local Rule 9021-1(a)(4) ("Notice of Presentment", ECF No. 343). Attached to the Notice of Presentment was Debtor's proposed Order Granting Debtor's Motion to Sell Real Property ("Proposed Order").

The Notice of Presentment and Proposed Order were served via the Court's ecf system on all creditors and parties-in-interest that have appeared in this case, including all parties that appeared at the May 21, 2026 hearing to consider Debtor's Motion to Sell Property, as follows:

Jason W. Bank on behalf of Creditor Robert Manna
jbank@kerr-russell.com, nnajor@kerr-russell.com

Kimberly Bedigian on behalf of Creditor City of Detroit Downtown Development Authority
kbedigian@sbplclaw.com

Danielle Rushing Behrends on behalf of Creditor Capital Impact Partners
dbehrends@dykema.com, lvasquez@dykema.com;ecfpleadings@kccllc.com

Brendan G Best on behalf of Interested Party Arkist LLC
bgbest@varnumlaw.com, tachristians@varnumlaw.com

Charles D. Bullock on behalf of Creditor City of Detroit Downtown Development Authority
cbullock@sbplclaw.com, dlewis@sbplclaw.com

Sean M. Cowley (UST) on behalf of U.S. Trustee Andrew R. Vara
Sean.cowley@usdoj.gov

Elliot G. Crowder on behalf of Creditor City of Detroit Downtown Development Authority
ecrowder@sbplclaw.com,
dlewis@sbplclaw.com;jlassen@sbplclaw.com;msikorski@sbplclaw.com

Greg Dickinson on behalf of Creditor United States of America (IRS)
gregory.dickinson@usdoj.gov,
gdickinson@usa.doj.gov;sdelozier@usa.doj.gov;Mgangler@usa.doj.gov;CaseView.ECF
@usdoj.gov;Esther.Goldman@usdoj.gov;Olivia.Bibb@usdoj.gov

Patrick Anthony Foley on behalf of Creditor Cordale Smith
pafoley@jrfpc.net, jesse@jrfpc.net;otaylor@jrfpc.net

Patrick Anthony Foley on behalf of Creditor Daryl Stewart
pafoley@jrfpc.net, jesse@jrfpc.net;otaylor@jrfpc.net

Patrick Anthony Foley on behalf of Creditor Marcellos Bell
pafoley@jrfpc.net, jesse@jrfpc.net;otaylor@jrfpc.net

Patrick Anthony Foley on behalf of Interested Party Detroit Tenants Union
pafoley@jrfpc.net, jesse@jrfpc.net;otaylor@jrfpc.net

Patrick Anthony Foley on behalf of Interested Party Leland House Tenant's Union
pafoley@jrfpc.net, jesse@jrfpc.net;otaylor@jrfpc.net

Moe Freedman on behalf of Creditor State of Michigan Department of Treasury
freedmanm1@michigan.gov

Jill M. Gies (UST) on behalf of U.S. Trustee Andrew R. Vara
jill.gies@usdoj.gov

Stuart A. Gold on behalf of Creditor Murray Schlussel
sgold@glmpc.com, sgold@ecf.courtdrive.com

Stuart A. Gold on behalf of Creditor Robert Reilly
sgold@glmpc.com, sgold@ecf.courtdrive.com

Ryan D. Heilman on behalf of Debtor In Possession Leland House Limited Partnership
Company
ryan@heilmanlaw.com, cindy@heilmanlaw.com

Ryan D. Heilman on behalf of Plaintiff Leland House Limited Partnership Company
ryan@heilmanlaw.com, cindy@heilmanlaw.com

2

Trent W. Huskey on behalf of Interested Party Arkist LLC
twhuskey@varnumlaw.com

Richardo I. Kilpatrick on behalf of Creditor Wayne County Treasurer
ecf@kaalaw.com,
Rkilpatrick@ecf.courtdrive.com;ksmith@ecf.courtdrive.com;crik11@trustesolutions.net

Anthony J. Kochis on behalf of Creditor Kraemer Design Group, LLC
akochis@wolfsonbolton.com,
stravis@wolfsonbolton.com;ECFAdmin@wolfsonbolton.com

Kostan Dino Kostopoulos on behalf of Interested Party 400 Bagley St LLC
dino@korolaw.com, lindsey@korolaw.com

Danielle Love on behalf of Creditor Robert Manna
dkus@kerr-russell.com

Anthony James Miller on behalf of Interested Party Next Bridge Funding
am@osbig.com

Yuliy Osipov on behalf of Interested Party Next Bridge Funding
yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com

Melinda B. Oviatt on behalf of Creditor Detroit Water and Sewerage Department
moviatt@kaalaw.com

Leland Prince on behalf of Creditor Leland Prince DTE Energy Co
princel@dteenergy.com

Christopher Pullman on behalf of Creditor Kraemer Design Group, LLC
cpullman@wolfsonbolton.com

Nathan Resnick on behalf of Creditor Michael W. Higgins Living Trust
hnresnick@resnicklaw.com

Ronald A. Spinner on behalf of Creditor City of Detroit, Michigan
spinner@millercanfield.com

John J. Stockdale, Jr. on behalf of Debtor In Possession Leland House Limited
Partnership Company
jstockdale@schaferandweiner.com, jburns@schaferandweiner.com

Marc N. Swanson on behalf of Creditor City of Detroit, Michigan
swansonm@millercanfield.com, Kidd@MillerCanfield.com;brennan@millercanfield.com

Kurt Thornbladh on behalf of Interested Party Leland House Tenant's Union
kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

William J. Yochim, Jr. on behalf of Creditor Kotz Sangster Wysocki
wyochim@kotzsangster.comJason W. Bank on behalf of Creditor Robert Manna

Respectfully submitted,

HEILMAN LAW PLLC

Dated:  May 22, 2026                    By:___/s/ Ryan D. Heilman_____
                                        Ryan D. Heilman (P63952)
                                        Attorney for Debtor
                                        40900 Woodward Ave., Suite 100
                                        Bloomfield, MI 48304
                                        (248) 835-4745
                                        ryan@heilmanlaw.com

4