**UNITED STATES BANKRUPTCY COURT**

Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.:  25−51190−mlo
Chapter:  11
Judge:  Maria L. Oxholm

In Re: (NAME OF DEBTOR(S))
　　Leland House Limited Partnership
　　Company
　　400 Bagley St.
　　Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
　　38−2350236

**NOTICE OF HEARING TO BE HELD IN PERSON**

PLEASE TAKE NOTICE that the HEARING to consider and act upon the following:

*319* − Application for Administrative Expenses DETROIT TENANTS UNION'S MOTION FOR (I) DETERMINATION AND ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIMS PURSUANT TO 11 U.S.C. §§ 503(b)(1)(A) AND 507(a)(2), AND (II) ORDER COMPELLING THE DEBTOR IN POSSESSION TO PURSUE SURCHARGE OF SECURED CREDITORS' COLLATERAL UNDER 11 U.S.C. § 506(c) ON BEHALF OF THE DISPLACED TENANT CREDITORS (with Proposed Order, Notice & Opp to Object, Brief, and Proof of Service), Filed by Interested Party Detroit Tenants Union (Foley, Patrick)

will be held on: 7/23/26 at 11:00 AM at Courtroom 1875, 211 West Fort St., Detroit, MI 48226

Dated: 7/9/26

　　　　　　　　　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　　　Todd M. Stickle, Clerk of Court
　　　　　　　　　　　　　　　　　　　U.S. Bankruptcy Court

25-51190-mlo　　Doc 369　　Filed 07/09/26　　Entered 07/09/26 11:48:07　　Page 1 of 1