# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION - DETROIT

| | |
|---|---|
| In the matter of:<br>**LELAND HOUSE LIMITED**<br>**PARTNERSHIP COMPANY,**<br>*Debtor.* | Case No. 25-51190-mlo<br>Hon. MARIA L. OXHOLM<br>Chapter 11 |

## *CORRECTED* STIPULATION FOR ENTRY OF ORDER ADJOURNING THE AUGUST 6, 2026 HEARING AND REFERRING PENDING MOTIONS TO MEDIATION

The City of Detroit (the "City"), Leland House Limited Partnership Company (the "Debtor"), and the Detroit Tenants Union ("DTU," and together with the City and the Debtor, the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

1.      There are four motions currently pending before the Court and set for hearing on August 6, 2026: (a) DTU's Motion for Allowance of Administrative Expense Claims and to Compel Surcharge of Secured Creditors' Collateral [Doc. No. 319]; (b) DTU's Motion for Determination of Adequate Protection under 11 U.S.C. § 363(e) [Doc. No. 365]; (c) the City's Application for Allowance of Administrative Expense Claim [Doc. No. 363]; and (d) the Debtor's and the City's Joint Motion to Authorize Surcharge of Collateral [Doc. No. 364] (collectively, the "Motions").

2.      The Parties have conferred and agree that the matters raised by the Motions may benefit from mediation before the Court entertains the Motions on their merits.

3.      The Parties have agreed to attend mediation before the Honorable Judge Cox (ret.) of JAMS on August 21, 2026, or such other date as the mediator and the Parties may agree.

4. Because the Parties are committing to mediation as the next step, the Parties further agree that the August 6, 2026 hearing on the Motions should be adjourned pending the outcome of that mediation.

5. This stipulation is entered into without prejudice to, and without waiver of, any of the Parties' respective positions on the merits of the Motions, and no Party concedes any factual or legal contention of any other Party by entering into this stipulation.

**WHEREFORE**, the Parties respectfully request that the Court enter the proposed order attached as Exhibit 1.

**STIPULATED AND AGREED:**

| | |
|---|---|
| **JOHN R. FOLEY, P.C.**<br><br>By: /s/ Patrick A. Foley<br>Patrick A. Foley (P74323)<br>18572 W. Outer Drive<br>Dearborn, MI 48128<br>(313) 274-7377<br>pafoley@jrfpc.net<br>*Counsel for the Detroit Tenants Union*<br><br>**MILLER CANFIELD PADDOCK AND STONE, P.L.C.**<br><br>By: /s/ Ronald A. Spinner *(w/ consent)*<br>Ronald A. Spinner<br>150 West Jefferson, Suite 2500<br>Detroit, MI 48226<br>(313) 496-7591<br>spinner@millercanfield.com<br>*Counsel for the City of Detroit*<br><br>Dated: August 5, 2026 | **HEILMAN LAW PLLC / SCHAFER AND WEINER, PLLC**<br><br>By: /s/ John Stockdale, Jr. *(w/ consent)*<br>Ryan D. Heilman<br>John J. Stockdale, Jr.<br>40950 Woodward Ave., Ste. 100<br>Bloomfield Hills, MI 48304<br>(248) 540-3340<br>jstockdale@schaferandweiner.com<br>*Counsel for Debtor in Possession, Leland House Limited Partnership Company* |

| | |
|---|---|
| In the matter of:<br>**LELAND HOUSE LIMITED**<br>**PARTNERSHIP COMPANY,**<br>*Debtor.* | Case No. 25-51190-mlo<br>Hon. MARIA L. OXHOLM<br>Chapter 11 |

## ORDER ADJOURNING THE AUGUST 6, 2026 HEARING AND REFERRING PENDING MOTIONS TO MEDIATION

**THIS MATTER** having come before the Court upon the stipulation of the City of Detroit, Leland House Limited Partnership Company, and the Detroit Tenants Union; and the Court being otherwise duly advised in the premises;

**NOW THEREFORE;**

**IT IS HEREBY ORDERED** as follows:

1.    The following motions (collectively, the "Motions") are referred to mediation: (a) DTU's Motion for Allowance of Administrative Expense Claims and to Compel Surcharge of Secured Creditors' Collateral [Doc. No. 319]; (b) DTU's Motion for Determination of Adequate Protection under 11 U.S.C. § 363(e) [Doc. No. 365]; (c) the City's Application for Allowance of Administrative Expense Claim [Doc. No. 363]; and (d) the Debtor's and the City's Joint Motion to Authorize Surcharge of Collateral [Doc. No. 364].

2.     The Parties shall attend mediation before the Honorable Judge Cox (ret.) of JAMS on August 21, 2026, or such other date as the mediator and the Parties may agree.

3.     The hearing on the Motions currently set for August 6, 2026 is adjourned to _____, **2026 at** : .m., or such other date and time as the Court may set.

4.     Entry of this Order is without prejudice to, and without waiver of, any Party's position on the merits of any of the Motions.

25-51190-mlo    Doc 395    Filed 08/05/26    Entered 08/05/26 15:53:46    Page 4 of 4